IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RAUL S. CAL JAURENA<br>a/k/a RAUL SANTIAGO CAL JAURENA<br>db/a/ MONTEVIDEO RENTAL , INC.<br><br>DEBTOR | CASE NO. 10-03754 (ESL)<br><br>CHAPTER 7 |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW, secured creditor FIRSTBANK PUERTO RICO represented by the undersigned attorneys and respectfully prays and alleges:

1. That FIRSTBANK PUERTO RICO, is a secured creditor and therefore a party in interest in the above captioned case.

2. That the aforesaid creditor is being represented by the undersigned, whose address is as follows:

LATIMER, BIAGGI, RACHID & GODREAU
P.O. BOX 9022512
SAN JUAN, PUERTO RICO 00902-2512

3. That in view of the aforesaid, creditor herein wishes that its attorney's address be added to the master address list, so that they may be notified of all incidents occurring in the case at bar.

I HEREBY CERTIFY That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to of such filing to debtor's attorney *Mr. José J. Jimenez Quiñones, Esq., 268 Ave. Ponce De León, Suite 1118, San Juan, PR 00918-2007* Email:jjimenez11@gmail.com; *Ms. Monsita Lecaroz Arribas*, Esq., US Trustee's Office, Ochoa Building, Suite 301, 500 Tanca St., San Juan, PR 00901; to *Mr. Wilfredo Segarra Miranda, Esq., PO Box 9023385, San Juan, PR 00902-3385; Mr. Raúl S. Cal Jaurena, PO Box 6333, San Juan, PR 00914,* and all non participants of CM/ ECF.

In San Juan, Puerto Rico, this 19th day of May 2010.

/s/ RAFAEL A. GONZALEZ VALIENTE
USDC-PR NO. 225209
*Counsel for Firstbank Puerto Rico*
*LATIMER, BIAGGI, RACHID & GODREAU*
*P.O. BOX 9022512*
*SAN JUAN, PUERTO RICO 00902-2512*
*TEL.: (787) 724-0230 FAX: (787) 724-9171*
*E-MAIL:* rgonzalez@lbrglaw.com