IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAUL S CAL JAURENA

CASE NO.  10-03754-ESL

Debtor

Chapter 7

## NOTICE OF APPEARANCE, REQUEST TO BE ADDED TO MASTER ADDRESS LIST

TO THE HONORABLE COURT:

   Comes now creditor RAFAEL ROSADO through the undersigned attorneys and respectfully states and prays:

   1. The firm of  EDGARDO MUÑOZ, PSC hereby enters its appearance as counsel for creditor RAFAEL ROSADO.

   2. The undersigned law firm hereby requests that its address be added to the master address list, and to be notified of any and all documents pertaining to the party in interest mentioned above in the case of reference.

    WHEREFORE it is respectfully requested that an order be entered directing debtors, and any plan proponent to serve copies of any and all documents on the undersigned attorneys.

   In San Juan, Puerto Rico, dated on May 20, 2010.

   I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the participants appearing in said record, including the US Trustee.

EDGARDO MUÑOZ, PSC
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 524-3888; Fax (787) 524-3888

**s/ EDGARDO MUÑOZ**
    USDC NO. 125713
emunoz@emunoz.net