## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>MONTE VIDEO RENTAL , INC.<br>RAUL  CAL JAURENA<br>Debtor | CASE NO. 10-03754-ESL<br><br>CHAPTER 7<br><br>INDEX___ |
| FIRSTBANK PUERTO RICO<br>Movant<br><br>V.<br><br>MONTE VIDEO RENTAL, INC.<br>RAUL CAL JAURENA<br>and WILFREDO SEGARRA MIRANDA,<br>Trustee<br><br>Respondents | (x) of acts against property under<br> 11 USC 362 (d) (2)<br><br>( ) of other acts under 11 USC 362<br>(d) (1)<br><br>( ) of co-debtor stay under 11 USC 1201 (c)<br>(2) or 1301 (c) (2) |

## MOTION REQUESTING RELIEF FROM THE AUTOMATIC STAY

### TO THE HONORABLE COURT:

COMES NOW, **FIRSTBANK PUERTO RICO**, through its undersigned attorneys and very respectfully states and prays:

1.      That jurisdiction is ascertained under 28 USC §1334 & 28 USC § 157.

2.      That on May 4th, 2006, **Montevideo Rental Inc.,and Raúl  Cal Jaurena** the above captioned Debtors, for value received, subscribed a Note for the amount of $480,000.00 with interest at the annual rate of  seven percent   (7%) **(See Exhibit I, Note)**

3.      To guarantee the aforesaid Note, the above captioned Debtors subscribed a First Mortgage Deed #252 in the amount of $480,000.00 plus an additional amount of $48,000.00 for attorney's fees if the mortgagee had to file an action in Court requesting the foreclosure of

said mortgage. The before mentioned deed was subscribed on May 4, 2006, before Notary Public Juan Carlos Goitía Rosa. *(See Exhibit II, Deed)*

**URBANA:** Apartamento Mil Novecientos Cuatro (1,904). Es un apartamento residencial de forma irregular que está localizado en la Torre uno, piso diecinueve del edificio Condominio Coral Beach, situado en la Carretera Estatal número ciento ochenta y siete (187), kilometro cero, hectómetro nueve, esquina a la Calle Boulevard, Barrio Cangrejo Arriba, Carolina, Puerto Rico, que mide treinta y dos pies seis pulgadas de largo, por su parte más larga, medida desde la puerta de entrada hacia el fondo, por cincuenta y un pies diez pulgadas (51'10") de ancho por su parte más ancha, frente al apartamento que hacen un área de mil cuatrocientos setenta y uno punto cero siete pies cuadrados, aproximadamente equivalentes a CIENTO TREINTA Y SEIS PUNTO SETENTA Y DOS (136.72) METROS CUADRADOS. En lindes por el NORTE, en una distancia total de treinta y dos pies seis pulgadas con el espacio exterior que mira hacia el océano Atlántico, separado por pared y baranda de la terraza; por el ESTE, en una distancia de cuatro pies diez pulgadas (4'10") con espacio exterior y corredor común, separado por pared y a la puerta de entrada; por el SUR, en una distancia total de treinta y dos pies con seis pulgadas (32'6") con el espacio exterior y el cuarto eléctrico, separado por pared de carga; por el OESTE, en una distancia de cincuenta y un pies diez pulgadas (51'10") con el espacio exterior que mira hacia el área de recreación separada por baranda de las terrazas.

Este apartamento consta de foyer sala comedor de habitación con walk-in closet- y baño cada una, tres closets, cocina y dos terrazas. Los baños están equipados con bañera, lavamanos y servicios sanitarios. La cocina tiene gabinetes, estufa con horno, fregadero y calentador de agua. La puerta de entrada de este apartamento está situada en su lindes Este y por ella se sale al corredor o pasillo central del piso por el cual se sale al exterior.

Consta inscrita al folio noventa y cinco (95) del tomo quinientos veintinueve (529) de Carolina, finca número veinte mil quinientos setenta y cuatro (20,574). Registro de la Propiedad de Carolina, Sección Primera.

5.      That the herein Debtors, *Montevideo Rental Inc., and by Raúl Cal Jaurena* is the owner of the mortgaged property according to the Title Study. *(See Exhibit III)*

6.      That Debtors, *Montevideo Rental Inc., and Raúl Cal Jaurena* has failed to comply with the terms and conditions of the aforesaid mortgage, and is in arrears since the month of September 2008.

7.      Firstbank Puerto Rico is the current holder of the above described mortgage.

8.      That the principal actually owed by Debtor is in the amount of $467,607.31plus interests accrued from September 2008. In addition, Debtor owes $3,991.75 in late charges, $250.00 for attorney's fees, and $150.00 of filing fees**.   (See Exhibit IV)**

9.      That Debtor has failed to make payments to his mortgage since September 2008. It is Movant's contention that said failure constitutes cause as stated in 11 USC§ 362 (d) (1). Based on the aforesaid the automatic stay should be lifted in favor of the herein movant.

10.     The Military Status Report Pursuant to the Service Members Civil Relief Act of 2003 has been included as **Exhibit V.**

11.     That **Mr.  Wilfredo Segarra Miranda, Esq.,** has been appointed Trustee of Debtor's estate and neither him, nor Debtor has provided adequate protection to the herein secured creditor.

12.     Therefore, through this motion, relief from the stay of an act against property is being sought.

**WHEREFORE,** and in view of the aforesaid, it is hereby respectfully requested that an Order be entered granting relief from the automatic stay, allowing the herein secured creditor to commence or continue with the appropriate State or Federal foreclosure proceeding against the property at bar.

**WITHIN TWENTY (20) DAYS AFTER SERVICE** as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. **IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED** unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of

justice requires otherwise.

**CERTIFICATE OF SERVICE**: *I HEREBY CERTIFY,* that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to of such filing to: **Mr. Wilfredo Segarra Miranda, Esq.** Chapter 7 Trustee, PO Box 9023385, San Juan PR 00902-3385; **Ms. Monsita Lecaroz Arribas, Esq.**, Office of the United States Trustee, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901; to Debtor's attorney **Mr. José L. Jimenez Quiñones, Esq.** 268 Ave. Ponce de León, Suite 1118, San Juan, PR 00918-2007, Email:jljimenez11@gmail.com; **Mr. Raúl Cal Jaurena and Montevideo Rental, Inc. PO Box 6333, San Juan, PR 00914**, and to all non participants of CM/ECF.

In San Juan, Puerto Rico this 12th day of October of 2010.

> */s/ RAFAEL A. GONZALEZ VALIENTE*
> *USDC NO. 225209*
> *COUNSEL FOR FIRSTBANK PR*
> *LATIMER, BIAGGI, RACHID & GODREAU*
> *P. O. BOX 9022512*
> *TEL:  (787) 724-0230 FAX: (787) 724-9171*
> *rgonzalez@lbrglaw.com*

7584-1373140
5/17         NG

# NOTE
## *PAGARÉ*

400184

| MAY 4th. | 2006 | SAN JUAN | PUERTO RICO |
|---|---|---|---|
| **DATE** | | **CITY** | STATE/U.S. TERRITORY |
| *Fecha* | | *Ciudad* | *Estado/Territorio U. S.* |

PROPERTY ADDRESS: CORAL BEACH COND. APTO. 1904, CAROLINA, P.R. 00979
*Dirección de la Propiedad:*

1. **BORROWER'S PROMISE TO PAY**

In return for a loan that I have received, I promise to pay U.S. $480,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is RG PREMIER BANK OF PUERTO RICO . I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

1. *PROMESA DEL DEUDOR DE PAGAR*

*A cambio de un préstamo que he recibido, prometo pagar U.S. $━━━━━━━━━━━━━━ (esta cantidad se llamará "Principal"), más intereses a la orden del Prestador. El Prestador es ━━━━━━━━━━━━━━ ━━━━━━━━━━━━━━━━━━━━━━ . Haré todos los pagos bajo este Pagaré en efectivo, con cheque o giro.*

*Entiendo que el Prestador puede traspasar este Pagaré. Se llamará el "Tenedor del Pagaré" al Prestador y a cualquiera a quien se traspase este Pagaré y tenga derecho a recibir pagos bajo el mismo.*

2. **INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 7.000 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

2. *INTERESES*

*Se cargarán intereses sobre el principal adeudado, hasta que se salde la suma total del Principal. Pagaré intereses a la tasa anual de ━━━━━━%.*

*La tasa de interés impuesta en esta Sección 2 es la tasa que pagaré tanto antes como después de cualquier incumplimiento descrito en la Sección 6(B) de este Pagaré.*

3. **PAYMENTS**

(A)    **Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the first (1st) day of each month, beginning on JUNE 2006 . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If on MAY 1st 2036 I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make monthly payments at R&G Plaza, #280 Jesús T. Piñero Avenue, Hyde Park, Hato Rey, Puerto Rico, or at a different place if required by the Note Holder.

making a direct payment to me. If a refund reduces the Principal, the reduction will be treated as a partial Prepayment.

### 5. CARGOS DEL PRÉSTAMO

*Si una ley que aplique a este préstamo y que fije un máximo a los cargos impuestos es interpretada en forma final al efecto que los intereses u otros cargos cobrados o por ser cobrados a tenor con este préstamo excediesen los límites permitidos, entonces (a) cualquier tal cargo se ajustará por la cantidad necesaria para reducir el cargo al límite permitido; y (b) me será reembolsada cualquier suma ya pagada por mí que exceda los límites permitidos. El Tenedor del Pagaré podrá escoger entre aplicar este reembolso para reducir el Principal que adeude bajo este Pagaré, o hacerme un pago directo. Si un reembolso reduce el Principal, el reembolso se tratará como un Pago Anticipado parcial.*

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A)    Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of <u>fifteen(15)</u> calendar days after the date it is due, I will pay a late charge to the Note Holder.   The amount of the charge will be <u>five (5)</u> % of my overdue payment of principal and interest.   I will pay this late charge promptly but only once on each late payment.

### 6. INCUMPLIMIENTO DEL DEUDOR DE PAGAR SEGÚN REQUERIDO

*(A)    Cargos por Demora por Pagos Vencidos*

*Si el Tenedor del Pagaré no ha recibido la cantidad total de cualquier pago mensual pasado ----------------- días calendario de su fecha de vencimiento, le pagaré un cargo por demora. El cargo será ------------% del pago vencido de principal e intereses.   Pagaré este cargo por demora prontamente, pero solamente una vez por cada pago tardío.*

**(B)    Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

*(B)    Incumplimiento*

*Incurriré en incumplimiento si no pago la cantidad total de cada pago mensual a la fecha de su vencimiento.*

**(C)    Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least thirty (30) days after the date on which the notice is mailed to me or delivered by other means.

*(C)    Aviso de Incumplimiento*

*Si incurro en incumplimiento, el Tenedor del Pagaré podrá enviarme aviso escrito diciéndome que si no pago la cantidad vencida para cierta fecha, podrá requerirme saldo inmediato de la suma total del Principal que no ha sido pagado, más todos los intereses que adeude sobre esta suma. Esa fecha tiene que ser por lo menos treinta (30) días después de la fecha en que me sea enviado el aviso por correo, o entregado por cualquier otro medio.*

**(D)    No Waiver by Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D)  No Renuncia por el Tenedor del Pagaré**

Aun cuando a la fecha en que incurro en incumplimiento el Tenedor del Pagaré no me requiera que pague la totalidad inmediatamente, según expresado anteriormente, el Tenedor del Pagaré tendrá derecho a hacerlo si vuelvo a incurrir en incumplimiento en un fecha posterior.

**(E)  Payment of Note Holder's Costs and Expenses**

If the Note Holder has notified me that I am required to pay immediately in full as described above, or the Note Holder seeks judicial collection or collection in a bankruptcy proceeding, the Note Holder shall be entitled to collect its costs and expenses to enforce this Note (including, but not limited to, attorneys' fees), which are fixed at the agreed and liquidated amount of ten percent (10%) of the original Principal amount.

**(E)  Pago de Costas y Gastos del Tenedor del Pagaré**

Si el Tenedor del Pagaré me ha notificado que tengo la obligación de pagar la totalidad inmediatamente, según se establece anteriormente, o el Tenedor del Pagaré radica cobro judicial o cobro en un procedimiento de quiebra, el Tenedor del Pagaré tendrá derecho a cobrar sus costas y gastos para hacer valer este Pagaré (incluyendo, pero sin limitarse a, honorarios de abogado), los cuales se fijan en la suma pactada y líquida de diez por ciento (10%) de la suma Principal original.

**7.  GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**7.  NOTIFICACIÓN**

A menos que la ley aplicable requiera otro método, cualquier aviso que se me deba dar bajo este Pagaré se hará entregándome o enviándome por correo de primera clase, a la dirección de la Propiedad arriba indicada o a una dirección diferente, si le notifico por escrito una dirección diferente al Tenedor del Pagaré.

Cualquier notificación que deba dar al Tenedor del Pagaré, lo haré entregándola o enviándola por correo de primera clase a la dirección indicada en la Sección Tres (a) [3(a)], o a una dirección distinta que me haya notificado el Tenedor del Pagaré.

**8.  OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**8.  OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ**

Si más de una persona firma este Pagaré, cada persona queda plenamente y personalmente obligada a cumplir todas las obligaciones contenidas en este Pagaré, incluyendo la promesa de pagar la suma total adeudada. Cualquier persona que sea garantizadora, fiadora, o endosante de este Pagaré también queda obligada de esa manera. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador, o endosante de este Pagaré, quedará también obligada a cumplir todas las obligaciones contenidas en este Pagaré. El Tenedor del Pagaré podrá hacer valer sus derechos bajo este Pagaré contra cada

*persona individualmente, o contra todos nosotros conjuntamente. Esto significa que cualquiera de nosotros podrá ser requerido a pagar todas las sumas adeudadas bajo este Pagaré.*

### 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons obligated to pay the Note that amounts due have not been paid.

### 9. RENUNCIAS

*Yo y toda otra persona obligada bajo este Pagaré renunciamos a la Presentación y al Aviso de Incumplimiento. "Presentación" significa el derecho a requerir que el Tenedor del Pagaré reclame pago de sumas vencidas. "Aviso de Incumplimiento" significa el derecho a requerir que el Tenedor del Pagaré notifique a otras personas obligadas a pagar el Pagaré, que no se han pagado las sumas adeudadas.*

### 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

### 10. PAGARÉ GARANTIZADO UNIFORME

*Este Pagaré es un instrumento uniforme con algunas alteraciones en algunas jurisdicciones. Además de las protecciones dadas al Tenedor del Pagaré bajo este Pagaré, una Hipoteca, Escritura de Fideicomiso, o Escritura de Garantía Colateral (la "Hipoteca"), de esta misma fecha, protege al Tenedor del Pagaré de posibles pérdidas que puedan resultar si no cumplo con las promesas que hago en este Pagaré. Esa Hipoteca describe cómo y bajo qué condiciones puedo ser requerido a pagar inmediatamente el total de todas las sumas que adeude bajo este Pagaré. Algunas de esas condiciones se describen a continuación:*

*Traspaso de la Propiedad o de un Interés Beneficiario del Deudor. Según se utiliza en esta Sección 18, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses*

*beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.*

*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad; o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.*

*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.*

**11.    SECURITY INSTRUMENT**

Payment of the indebtedness evidenced by this Note is secured by a Security Instrument dated on even date herewith, constituted by deed number _____ 252 _____ of the undersigned Notary Public.

*11.    HIPOTECA*

*El pago de la deuda evidenciada por este Pagaré está garantizado por una Hipoteca de esta misma fecha, constituida mediante la escritura número _____ del Notario Público infrascrito.*

IN WITNESS THEREOF, WE HEREBY ACKNOWLEDGE AND SIGN THIS PROMISSORY NOTE.
*EN TESTIMONIO DE LO CUAL RECONOCEMOS Y SUSCRIBIMOS ESTE PAGARÉ.*

PAY TO THE ORDER OF _____    (Signature)
                                            Borrower
MONTEVIDEO RENTAL INC. rep. por RAUL
CAL JAURENA

~~FIRSTBANK PUERTO RICO~~
WITHOUT RECOURSE                            (Signature)
R-G PREMIER BANK OF PUERTO RICO    RAUL CAL JAURENA    Borrower

BY: _____              _____    (Signature)
        JOSE LUIS ORTIZ                                   Borrower
        V.P. FINANCE                           (Sign Original Only)
                                        *(Fírmese el Original Solamente)*

AFFIDAVIT NO.: 5,248
*Testimonio Núm.:* _____

Subscribed and acknowledged before me by the persons named above, of the personal circumstances described in the Deed previously mentioned, whom I have identified as expressed in said Deed.

_____
Notary Public

## ALLONGE

This allonge must be kept at all times attached to the Note to which it refers.

*Este Allonge debe mantenerse en todo momento adherido al Pagaré a que se refiere.*

Not withstanding the expressions contained in Paragraph 4 of the Note in the principal sum of $ __480,000.00__ , bearing interest at the rate of __7.00__ % per annum, to the order of __R&G PREMIER BANK OF PUERTO RICO__ , executed on this date before the undesigned Notary Public, the Borrower(s) agree(s) that if within five years from the date of this Note any prepayment is made in any twelve month period beginning with the date of this Note or aniversary dates thereof ("loan year") with money lent by a lender other than the holder hereof, the Borrower shall pay the Note Holder (a) during the first loan year three (3%) per cent of the prepaid amount (b) during the second and third loan year two (2%) per cent of the prepaid amount, and (c) during the fourth and fifth loan year one (1%) per cent of the prepaid amount. The above prepayment penalty will not be enforced if this Note is sold to the Federal Home Loan Mortgage Corporation (FREDDIE-MAC) or the Federal National Mortgage Loan Association (FANNIE-MAE). ------------------------------------------------------

*No obstante lo expresado en el Párrafo 4 del Pagaré por la suma principal de $ _____, devengando intereses al tipo de _____% anual, a la orden de _____, otorgado en esta fecha ante el Notario que suscribe, el (los) Deudor(es) conviene(n) que si dentro de cinco años de la fecha de este Pagaré el(los) Deudor(es) hace(n) cualquier pago anticipado en cualquier periodo de doce meses comenzando con la fecha de este pagaré o la de sus aniversarios ("año de préstamo") con dinero prestado por un prestador que no sea el tenedor del pagaré, el(los) Deudor(es) pagará(n) al tenedor del pagaré (a) durante el primer año del préstamo tres por ciento (3%) de la cuantía prepagada, (b) durante el segundo y tercer año del préstamo dos por ciento (2%) de la cuantía prepagada, y (c) durante el cuarto y quinto año del préstamo uno porciento (1%) de la cantidad prepagada. La anterior penalidad por prepago no podrá ser ejercitada si este Pagaré es vendido a la "Federal Home Loan Mortgage Corporation" (FREDDIE-MAC) o la "Federal National Mortgage Loan Association" (FANNIE-MAE).---------*

~~PAY TO THE ORDER OF~~ San Juan Puerto Rico, this __4th.__ day __May_____ , 2006.

~~FIRSTBANK PUERTO RICO~~

_____ (Signature)
MONTEVIDEO RENTAL INC. rep por RAUL    *(Firma)*
CAL JAURENA

**WITHOUT RECOURSE**
R-G PREMIER BANK OF PUERTO RICO

_____ (Borrower)
RAUL CAL JAURENA                      *(Deudor)*

BY: _____
**JOSE LUIS ORTIZ**
X ~~AFFIDAVIT~~ No.: __5,249__
*Testimonio Núm.:* _____

Subscribed and acknowledged before me by the persons named above, or the personal circumstances described in the Deed previously mentioned, whom I have identified as expressed in said Deed.

_____
Notary Public

EXHIBIT II

7584-303140

En la misma fecha de su
otorgamiento expedí primera
copia certificada a favor de —

R&G PREMIER BANK OF ——
PUERTO RICO——————
————— DOY FE —————

Notario Público



**DEED NUMBER:** TWO HUNDRED FIFTY-TWO (252) ———————
*ESCRITURA NÚMERO:* ————————————————————

———————————— **FIRST MORTGAGE** ————————————
————————— *PRIMERA HIPOTECA* ————————————

————In the city of San Juan ——————————————
Puerto Rico, this fourth——————  ( 4th ) —————————— day
of May ——————————, Two Thousand Six (2006).————————

————*En la ciudad de*————————————————————,
*Puerto Rico, hoy día*———————————————————— *de*
————————————————————————————————————

————————————————— **BEFORE ME** —————————
————— JUAN CARLOS GOITIA ROSA ———————————— , Notary
Public in and for the Commonwealth of Puerto Rico, with residence in the
city of Toa Alta ———————————————— , Puerto Rico, and
with offices in San Juan, Puerto Rico, ————————————

———————————————— *ANTE MI* ————————————

————————————————————————, *Notario Público*
*en y para el Estado Libre Asociado de Puerto Rico, con residencia en la*
*ciudad de* ———————————————————— , *Puerto*
*Rico, y con oficinas en* ———————————————— , *Puerto*
*Rico.*————————————————————————————

————————————————————**APPEAR**—————————
————The person(s) named in Part SEVENTH (hereinafter "Borrower"). ———

————I, the Notary Public, give faith that I personally know the parties
appearing herein, except as I may have otherwise clarified in the
"ACCEPTANCE" section of this Security Instrument, and, through their
statements, as to their ages, civil status, occupations and residences, who
assure me that they have, and in my judgment they do have, the legal capacity
to execute this deed, wherefore, they freely ————————————

————————————————————*COMPARECEN*————————
————*La(s) persona(s) mencionada(s) en la Parte SÉPTIMA (en adelante el*
*"Deudor").* ————————————————————————————

————*Yo, el Notario Público, doy fe de que conozco personalmente a los*
*comparecientes, a menos que haya aclarado lo contrario en la sección de*
*"ACEPTACIÓN" de esta Hipoteca, y, por sus dichos, de sus edades, estado*
*civil, ocupaciones y residencias, quienes me aseguran tener, y a mi juicio*
*tienen, la capacidad legal necesaria para otorgar esta escritura, por lo que*
*libremente* ————————————————————————————

———————————— **STATE AND COVENANT** ——————————
———————————— *DECLARAN Y CONVIENEN* ——————————

————*FIRST:* <u>DEFINITIONS</u>: *Words used in multiple sections of this*
*document are defined below and other words are defined in Sections 3, 11,*
*13, 18, 20 and 21 of Part FOURTH. Certain rules regarding the usage of*
*words used in this document are also provided in Section 16 of Part*
*FOURTH.* ————————————————————————————

-----*PRIMERA: DEFINICIONES: Palabras usadas en varias secciones de este documento se definen más adelante y otras palabras se definen en las Secciones 3, 11, 13, 18, 20 y 21 de la Parte CUARTA. La Sección 16 de la Parte CUARTA también contiene ciertas reglas referentes al uso de vocablos en este documento.*-----

-----(A) Security Instrument means this document, in which the date and place of execution are stated on page number one, together with all Riders to this document executed by the Borrower. -----

-----*(A) Hipoteca significa este documento, en el cual la fecha y sitio de otorgamiento se indican en la primera página, conjuntamente con todas las Cláusulas Adicionales a este documento que otorgue el Deudor.* -----

-----(B) Borrower is (are) the person(s) mentioned in Part SEVENTH and is the mortgagor under this Security Instrument.-----

-----*(B) Deudor es (son) la(s) persona(s) mencionada(s) en la Parte SÉPTIMA, y es el deudor hipotecario en esta Hipoteca.*-----

-----(C) Lender is the entity mentioned in Part EIGHTH. Lender is an entity organized and existing under the laws of the jurisdiction indicated in Part EIGHTH. Lender's address is the one that appears in Section 3(A) of the Note and in Part EIGHTH of this Security Instrument. Lender is the mortgagee under this Security Instrument. -----

-----*(C) Prestador es la entidad mencionada en la Parte OCTAVA. El Prestador es una entidad organizada y existente bajo las leyes de la jurisdicción que se indica en la Parte OCTAVA. La dirección del Prestador es la que aparece en la Sección (3)(A) del Pagaré y en la Parte OCTAVA de esta Hipoteca. El Prestador es el acreedor hipotecario en esta Hipoteca.*-----

-----(D) Note means the promissory note signed by Borrower on this same date, payable to the order of Lender, bearing affidavit number ----- 5,248 --------- of the undersigned Notary Public. The Note states that Borrower owes Lender the principal sum of

FOUR HUNDRED EIGHTY THOUSAND DOLLARS -----

U.S. Dollars (U.S. $ 480,000.00 ), plus interest at an annual rate of SEVEN ----------------- percent ( 7 %). Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than the first (1st) day of MAY ------------ , of the year Two Thousand THIRTY-SIX ------ (2036 ).-----

-----*(D) Pagaré significa el pagaré firmado por el Deudor en esta misma fecha, pagadero a la orden del Prestador, bajo el testimonio número ------------------- del Notario Público infrascrito. El Pagaré establece que el Deudor le adeuda al Prestador la suma principal de -------------*

-----------------------------

*U.S. Dólares (U.S. $ ----------------------), más intereses a la tasa anual de ----- ------------------- porciento ( ---------------%). El Deudor ha prometido pagar esta deuda en Pagos Periódicos regulares y pagar la deuda total no más tarde de-------*

-----(E) Property means the property described in Part FIFTH, together with all improvements now or hereafter erected thereon, all easements, appurtenances and fixtures now or hereafter a part thereof, and all

replacements and additions thereto. The Property's address is that stated in the Note. -------------------------------------------------------------------------

-----(E) *Propiedad significa la finca que se describe en la Parte QUINTA, conjuntamente con todas las mejoras existentes o que en se puedan allí erigir en el futuro, todas las servidumbres, accesorios y bienes inmuebles por destino que ahora o en el futuro formen parte de la misma, y todos los reemplazos y añadiduras a lo anterior. La dirección de la Propiedad es la que se establece en el Pagaré.* -----------------------------------------

-----(F) Loan means the debt evidenced by the Note, plus interest, any pre-payment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest. ------------------------------------

-----(F) *Préstamo significa la deuda evidenciada por el Pagaré, más intereses, cualesquiera cargos por pago anticipado y cargos por demora adeudados bajo el Pagaré, y todas las cantidades adeudadas bajo esta Hipoteca, más intereses.* -------------------------------------------------

-----(G) Riders means all riders to this Security Instrument that are executed by Borrower. --------------------------------------------------------

-----(G) *Cláusulas Adicionales significa todas las cláusulas adicionales a esta Hipoteca que otorgue el Deudor.* -----------------------------------

-----(H) Applicable Law means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the administrative effect of law) as well as all applicable final, non-appealable judicial opinions. ------------------------------------

-----(H) *Ley Aplicable significa toda ley, reglamento, ordenanza, reglas y órdenes administrativas (que tengan fuerza de ley), federales, estatales y municipales, que estén vigentes y apliquen, así como toda opinión judicial final e inapelable, que sean determinantes y aplicables.* ------------------------

-----(I) Community Association Dues means all dues, fees, assessments and other charges that are imposed on Borrower or on the Property by a condominium association, homeowners association or similar organization.-------------------------------------------------------------------

-----(I) *Cuotas Comunales de Asociación significa todas las cuotas, derechos, derramas y otros cargos que sean impuestos al Deudor o sobre la Propiedad por una asociación de condóminos, asociación de dueños de hogares u organización similar.* ---------------------------------------------

-----(J) Electronic Funds Transfer means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephone, computer, or magnetic tape so as to order, instruct or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers. -------

-----(J) *Transferencia Electrónica de Fondos significa toda transferencia de fondos, que no sea una transacción originada mediante cheque, giro, o*

*documento similar, que se inicie mediante un terminal electrónico, teléfono, computador o cinta magnética con el fin de ordenar, instruir o autorizar a una institución financiera que debite o acredite una cuenta. Este vocablo incluye, pero no se limita a, transferencias en el punto-de-venta, transacciones en máquinas de cajero automático, transferencias iniciadas por teléfono, transferencias cablegráficas y transferencias mediante una mesa de compensación automatizada. ------------------------*

-----(K) **Escrow Items** means those items that are described in Section 3 of Part FOURTH. ------------------------------------------

-----*(K) **Partidas en Reserva** significa aquellas partidas descritas en la Sección 3 de la Parte CUARTA. ----------------------------*

-----(L) **Miscellaneous Proceeds** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Part FOURTH, Section 5) for: (i) damage to, or destruction of the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.------------------

-----*(L) **Réditos Misceláneos** significa cualquier prestación, liquidación o indemnización por daños, o el producto de pagos hechos por un tercero (que no sea la indemnización de seguros pagada bajo las cubiertas descritas en la Parte CUARTA, Sección 5) por: (i) daño a, o destrucción de la Propiedad; (ii) expropiación o cualquier otro apoderamiento de toda o parte de la Propiedad, (iii) entrega de la Propiedad en lugar de expropiación; o (iv) falsa representación de, u omisiones en cuanto a, el valor y/o condición de la Propiedad. -----------------------------------------*

-----(M) **Mortgage Insurance** means insurance protecting Lender against the nonpayment of, or default on the Loan. ------------------------------------

-----*(M) **Seguro Hipotecario** significa seguro que protege al Prestador contra la falta de pago, o incumplimiento del Préstamo. ----------------------*

-----(N) **Periodic Payment** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Part FOURTH, Section 3 of this Security Instrument. -------------------------------

-----*(N) **Pago Periódico** significa la suma regular programada a ser pagada por concepto de (i) principal e intereses bajo el Pagaré, más (ii) cualesquiera cantidades bajo la Sección 3 de la Parte CUARTA de esta Hipoteca. ------------------------------------------------------*

-----(O) **RESPA** means the Real Estate Settlement Procedures Act (12 U.S.C. Sections 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. 3500), as they might be amended, or any additional or successor legislation or regulation that governs the same subject matter. As used herein, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.-------------------------------------------------------------

-----(O) _RESPA_ significa la "Real Estate Settlement Procedures Act" (12 U.S.C. Secciones 2601 y siguientes) y su reglamento habilitador, Reglamento X (24 C.F.R. 3500), según puedan ser enmendados, o cualquier legislación o reglamento adicional o sucesor que rija el mismo tema. Según se usa en esta Hipoteca, "RESPA" se refiere a todos los requisitos y las restricciones que se impongan respecto a "un préstamo hipotecario de índole federal" aún cuando el Préstamo no califique como un "préstamo hipotecario de índole federal" bajo RESPA. -----------------

-----(P) Successor in Interest of Borrower means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument. -----------------

-----(P) _Sucesor en Interés del Deudor_ significa cualquier persona que adquiera título sobre la Propiedad, haya o no tal persona asumido las obligaciones del Deudor bajo el Pagaré y/o esta Hipoteca. -----------------

-----**SECOND:** CONSTITUTION OF MORTGAGE ON THE PROPERTY. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note, and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably mortgages to Lender, with power to foreclose, the Property described hereinafter in this Security Instrument TOGETHER WITH all rights incorporated in the definition given to the term "Property" in Part FIRST, Section E hereof. -----------------

-----*SEGUNDA: CONSTITUCIÓN DE HIPOTECA SOBRE LA PROPIEDAD*. Esta Hipoteca garantiza al Prestador: (i) el repago del Préstamo, y todas las renovaciones, extensiones y modificaciones del Pagaré, y (ii) el cumplimiento de los convenios y acuerdos del Deudor bajo esta Hipoteca y bajo el Pagaré. Para ese fin, el Deudor irrevocablemente hipoteca a favor del Prestador, con facultad de ejecución, la Propiedad descrita más adelante en esta Hipoteca CONJUNTAMENTE CON todos los derechos incluidos en la definición del vocablo "Propiedad" que aparece en la Parte PRIMERA, Sección E de esta Hipoteca. -----------------

-----**THIRD:** COVENANTS. (a) BORROWER COVENANTS AND AGREES that Borrower is lawfully seised with title of the estate hereby conveyed and has the right to mortgage the Property, and that the Property is unencumbered, except for encumbrances reflected in the Registry of Property. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record. -----------------

-----*TERCERA: CONVENIOS*. (a) EL DEUDOR ACUERDA y CONVIENE que es dueño y tiene derecho a hipotecar la Propiedad, y que la Propiedad está libre de cargas y gravámenes excepto aquellas cargas y gravámenes que surgen de Registro de la Propiedad. El Deudor garantiza y defenderá el título de la Propiedad contra toda reclamación y requerimiento, sujeto a cualquier gravamen que surja de Registro de la Propiedad. -----------------

-----(b) This Security Instrument combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property. -------------

-----*(b) Esta Hipoteca combina convenios uniformes para uso nacional y convenios no uniformes con variaciones limitadas para cada jurisdicción, para constituir una hipoteca uniforme sobre bienes inmuebles.* --------------

-----FOURTH: <u>UNIFORM COVENANTS</u>: Borrower and Lender, by the disbursal of funds evidenced by the Note, covenant and agree as follows:--

-----*CUARTA: <u>CONVENIOS UNIFORMES</u>. El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan lo siguiente:*-------------------------------------------

-----1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges and Late Charges.** Borrower shall pay when due the principal of, and interest on the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in United States currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: a) cash, b) money order, c) certified check, treasurer's check or cashier's check, provided any such check is drawn by or on an institution whose deposits are insured by a federal agency, instrumentality, or entity, or (d) Electronic Funds Transfer.------------------

-----*1. Pago de Principal, Intereses, Partidas en Reserva, Cargos por Pago Anticipado y Cargos por Demora. El Deudor pagará a su vencimiento el principal y los intereses sobre la deuda evidenciada por el Pagaré, y cualesquiera cargos por pago anticipado y cargos por demora adeudados bajo el Pagaré. El Deudor también pagará las Partidas en Reserva conforme a la Sección 3. Los pagos efectuados bajo el Pagaré y bajo esa Hipoteca se harán en moneda de los Estados Unidos. Sin embargo, si cualquier cheque u otro instrumento recibido por el Prestador en pago bajo el Pagaré o esta Hipoteca es desairado y devuelto al Prestador, el Prestador podrá requerir que cualquier o todo pago posterior adeudado bajo el Pagaré y bajo esta Hipoteca se haga de una o más de las siguientes maneras, a elección del Prestador: (a) efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal, o (d) Transferencia Electrónica de Fondos.* -------------------------------------------------------

-----Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to

refuse payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument. -----------------------------------------------------------------

-----Se entenderá que los pagos han sido recibidos por el Prestador cuando se reciban en el lugar designado en el Pagaré o en aquel otro lugar que designe el Prestador conforme a las disposiciones de notificación en la Sección 15. El Prestador podrá devolver cualquier pago o pagó parcial si el pago o los pagos parciales son insuficientes para poner el Préstamo al día. El Prestador puede aceptar cualquier pago o pago parcial insuficiente para poner el Préstamo al día, sin renunciar a ninguno de sus derechos bajo esta Hipoteca y sin perjuicio de su derecho a rechazar tal pago o pagos parciales en el futuro, pero el Prestador no está obligado a aplicar tales pagos al momento en que son aceptados. Si cada Pago Periódico se aplica a su fecha establecida de vencimiento, el Prestador no estará obligado a pagar intereses sobre fondos no aplicados. El Prestador puede retener dichos fondos no aplicados hasta que el Deudor haga los pagos para poner el Préstamo al día. Si el Deudor no pone el Préstamo al día dentro de un período razonable, el Prestador entonces aplicará tales fondos o los devolverá al Deudor. De no haberse aplicado antes, tales fondos serán aplicados al balance del principal adeudado bajo el Pagaré inmediatamente antes de la ejecución de esta Hipoteca. Ninguna compensación o reclamación que pudiera tener el Deudor ahora o en el futuro contra el Prestador relevará al Deudor de efectuar los pagos adeudados bajo el Pagaré y esta Hipoteca o de cumplir con los convenios y acuerdos garantizados por esta Hipoteca. --------------

-----**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

-----*2. Aplicación de Pagos o Réditos.* Salvo que se indique otra cosa en esta Sección 2, todos los pagos aceptados y aplicados por el Prestador serán aplicados en el siguiente orden de prioridad: (a) intereses adeudados bajo el Pagaré; (b) principal adeudado bajo el Pagaré; (c) cantidades adeudadas bajo la Sección 3. Tales pagos se aplicarán a cada Pago Periódico por orden de vencimiento. Cualquier cantidad remanente será aplicada primero a los cargos por demora, segundo a cualquier otra cantidad vencida bajo esta Hipoteca, y luego para reducir el balance del principal del Pagaré.

-----If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from the Borrower to the payment of the Periodic Payments if, and to the extent that each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note. -----------------------

-----*Si el Prestador recibe un pago del Deudor para un Pago Periódico atrasado que incluya una cantidad suficiente para pagar cualquier cargo por demora adeudado, el Prestador podrá aplicar el mismo al pago atrasado y al cargo por demora. Si más de un Pago Periódico se encuentra al descubierto, el Prestador podrá aplicar cualquier pago recibido del Deudor al pago de los Pagos Periódicos si, y hasta donde cada pago pueda ser pagado por completo. Si hay un sobrante después de aplicar el pago al pago total de uno o más Pagos Periódicos, tal sobrante podrá aplicarse a cualquier cargo por demora que se deba. Los pagos anticipados voluntarios serán aplicados primero a cualquier cargo por pago anticipado y luego según se indica en el Pagaré. -----------------------*

-----Any application of payments, insurance proceeds or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date of the Periodic Payments or change the amounts of those payments.----------------------------------------------------------------------

-----*Cualquier aplicación de pagos, indemnizaciones de seguros o Réditos Misceláneos al principal adeudado bajo el Pagaré no extenderá ni pospondrá la fecha de vencimiento de los Pagos Periódicos, ni cambiará la cuantía de esos pagos. -------------------------------------------------*

-----**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payment or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, if any, be escrowed by Borrower, and such Community Association Dues shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section 3. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligations to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender,

and if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount, and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are required under this Section 3. ------------------------------

-----3. *Fondos para Partidas en Reserva*. *El Deudor pagará al Prestador en el día en que venzan los Pagos Periódicos bajo el Pagaré, hasta que el Pagaré sea pagado en su totalidad, una suma (los "Fondos") para cubrir el pago de cantidades adeudadas para: (a) contribuciones e imposiciones, y otras partidas que pudiera adquirir prioridad sobre esta Hipoteca como gravamen o carga sobre la Propiedad; (b) pagos por el arrendamiento de la Propiedad, su terreno o mejoras, si alguno; (c) primas por cualquier y todo seguro requerido por el Prestador bajo la Sección 5; y (d) Primas de Seguro Hipotecario, si alguna, o cualquier suma pagadera por el Deudor al Prestador en lugar de pago de primas de Seguro Hipotecario de acuerdo a lo provisto en la Sección 10. Estas partidas se llaman "Partidas en Reserva". Al concederse el Préstamo, o en cualquier momento durante el término del mismo, el Prestador podrá requerir que el Deudor deposite como parte de los Fondos las Cuotas Comunales de Asociación que venga obligado a pagar, y las mismas constituirán una Partida en Reserva. El Deudor proveerá con prontitud al Prestador todas las notificaciones de cantidades a ser pagadas bajo esta Sección 3. El Deudor pagará al Prestador los Fondos para cubrir las Partidas en Reserva, a menos que el Prestador lo releve total o parcialmente de dicha obligación. El Prestador podrá relevar al Deudor de dicha obligación en cualquier momento. Cualquier relevo tendrá que constar por escrito. En caso de tal relevo, el Deudor pagará directamente, cuando y donde proceda, las sumas adeudadas por concepto de Partidas en Reserva que hayan sido objeto del relevo; y si así lo requiere el Prestador, el Deudor le proveerá, dentro del plazo que le requiera el Prestador, recibos que evidencien dicho pago. La obligación del Deudor de hacer tales pagos y de proveer recibos será para todos los efectos considerada como un convenio y acuerdo contenido en esta Hipoteca, según se usa en la Sección 9 la frase "convenio y acuerdo". Si el Deudor viene obligado a pagar las Partidas en Reserva directamente, conforme a un relevo, y dejare de efectuar dicho pago, el Prestador podrá ejercitar su derecho bajo la Sección 9 a pagar tal cantidad, y el Deudor vendrá obligado bajo la Sección 9 a repagarla al Prestador. El Prestador podrá revocar el relevo en cuanto a cualquier o todas las Partidas en Reserva en cualquier momento mediante aviso dado conforme a la Sección 15, y a partir de dicha revocación, el Deudor pagará al Prestador todos los Fondos, y en las cantidades, requeridas bajo esta Sección 3.* ------------------------------

-----Lender may, at any time, collect and hold Funds in an amount (a) sufficient to allow Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a Lender can require

under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items, or otherwise, in accordance with Applicable Law.----------------------

-----El Prestador podrá, en cualquier momento, cobrar y retener Fondos en una cantidad (a) suficiente para permitir al Prestador aplicar los Fondos dentro del período especificado en RESPA, y (b) que no exceda la cantidad máxima que un prestador puede requerir bajo RESPA. El Prestador estimará la cantidad de Fondos por pagar a base de datos actualizados y estimados razonables de gastos futuros para Partidas en Reserva, o de cualquier otra forma, conforme a la Ley Aplicable.-----------

-----The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA. ------------------------------------------------------------

-----Los Fondos se retendrán en una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad, o entidad federal (incluyendo el Prestador, si el Prestador es una institución cuyos depósitos están así asegurados) o en cualquier Federal Home Loan Bank. El Prestador aplicará los Fondos para pagar Partidas en Reserva no más tarde de la fecha especificada en RESPA. El Prestador no le cobrará al Deudor por retener y aplicar los Fondos, por analizar anualmente la cuenta de reserva, o por verificar las Partidas en Reserva, a menos que el Prestador le pague al Deudor intereses sobre los Fondos y la Ley Aplicable permita al Prestador imponer tal cargo. Salvo acuerdo por escrito o si la Ley Aplicable requiere el pago de intereses sobre los Fondos, el Prestador no estará obligado a pagar al Deudor intereses o ganancias sobre los Fondos. El Deudor y el Prestador podrán acordar por escrito, sin embargo, que se paguen intereses sobre los Fondos. El Prestador dará al Deudor, sin cargo, un estado de cuenta anual de los Fondos según sea requerido por RESPA. -------------------------------------

-----If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess Funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than twelve (12) monthly payments.---------------------------------------------------------------

-----Si hay un sobrante de Fondos mantenidos en cuenta de reserva, según se define en RESPA, el Prestador rendirá cuenta al Deudor por el exceso de los Fondos, conforme a RESPA. Si hubiese una deficiencia de Fondos

*mantenidos en reserva, según se define en RESPA, el Prestador lo notificará al Deudor, según requerido por RESPA, y el Deudor pagará al Prestador la cantidad necesaria para cubrir la deficiencia de conformidad con RESPA, pero en no más de doce (12) pagos mensuales. -*

-----Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender. ------

*-----Luego de recibir el pago completo de las cantidades aseguradas por esta Hipoteca, el Prestador reembolsará prontamente al Deudor cualesquiera Fondos que el Prestador conserve. -------------------------------*

-----**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines and impositions attributable to the Property, which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.-------------------------------------------------------

*-----**4. Cargos; Gravámenes.** El Deudor pagará todas las contribuciones, gravámenes, cargos, multas e imposiciones atribuibles a la Propiedad que pudieran adquirir prioridad sobre esta Hipoteca, pagos por arrendamiento de la Propiedad o del terreno, si alguno, y Cuotas Comunales de Asociación, si alguna. En la medida en que estas partidas sean Partidas en Reserva, el Deudor las pagará en la forma provista en la Sección 3. ---------------------------------------------------------------------*

-----Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien, which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within ten (10) days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4. ------------------

*-----El Deudor cancelará prontamente cualquier gravamen que tenga prioridad sobre esta Hipoteca a menos que el Deudor: (a) acuerde por escrito el pago de la obligación garantizada por el gravamen de forma aceptable al Prestador, pero sólo mientras el Deudor esté cumpliendo con tal acuerdo; (b) impugne de buena fe el gravamen o defienda contra su ejecución mediante procesos legales que, en la opinión del Prestador, impidan la ejecución del gravamen mientras esos procedimientos estén pendientes, pero sólo hasta que tales procedimientos concluyan; o (c) obtenga del tenedor del gravamen un acuerdo satisfactorio al Prestador postergando el gravamen a esta Hipoteca. Si el Prestador determina que cualquier parte de la Propiedad está sujeta a un gravamen que pudiera adquirir prioridad sobre esta Hipoteca, el Prestador podrá dar aviso al Deudor señalando el gravamen. Dentro de diez (10) días a partir de la*

*fecha de tal aviso, el Deudor satisfará el gravamen o tomará una o más de las acciones descritas en esta Sección 4.* ---------------------------------------

-----Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan. --------------------------------------------------------------

-----*El Prestador podrá requerir al Deudor que pague un cargo una sola vez por la verificación de la contribución sobre propiedad inmueble y/o el servicio de información que utilice el Prestador con relación a este Préstamo.* --------------------------------------------------

-----**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards, including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower. -----------------------------------------

-----**5. *Seguro de Propiedad.*** *El Deudor mantendrá aseguradas las mejoras ahora existentes o que en el futuro se erijan en la Propiedad, contra pérdida por fuego, riesgos incluidos dentro del término "cubierta extendida", y cualquier otro riesgo, incluyendo pero sin limitarse a, terremotos e inundaciones, para los cuales el Prestador requiera seguro. Este seguro se mantendrá por las cantidades (incluyendo niveles de deducible), y por los períodos que el Prestador requiera. Lo que el Prestador requiera conforme a las oraciones que preceden puede variar durante el término del Préstamo. La empresa de seguros que provea el seguro será seleccionada por el Deudor, sujeto al derecho del Prestador de desaprobar la empresa seleccionada, cuyo derecho no se ejercitará irrazonablemente. Con relación a este Préstamo, el Prestador puede requerir que el Deudor pague uno de los siguientes: (a) un cargo, una sola vez, por servicios de determinación, certificación y seguimiento de zona inundable, o (b) un cargo, una sola vez, por servicios de determinación y certificación de zona inundable, y cargos posteriores cada vez que se hagan nuevos mapas, u ocurran cambios que razonablemente puedan afectar tal determinación o certificación. El Deudor también será responsable por el pago de cualquier cargo impuesto por la Federal Emergency Management Agency relacionado con la revisión de cualquier determinación de zona inundable que sea necesaria debido a una objeción del Deudor.* -----------------------------------

-----If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage at Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of such insurance coverage might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument, shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.------------------

-----*Si el Deudor deja de mantener cualquiera de las cubiertas antes descritas, el Prestador podrá obtener tal cubierta de seguro por cuenta y cargo del Deudor. El Prestador no está obligado a comprar ningún tipo o cantidad particular de cubierta. Por lo tanto, dicha cubierta protegerá al Prestador, pero pudiera o no proteger al Deudor, su interés en la Propiedad, o el contenido de la Propiedad, contra cualquier riesgo, peligro o responsabilidad, y podría proveer mayor o menor protección que la cubierta que estaba en vigor previamente. El Deudor reconoce que el costo de la cubierta de seguro así obtenida pudiera exceder significativamente el costo de la cubierta de seguro que el Deudor podía haber obtenido. Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 5 se convertirán en deuda adicional del Deudor, garantizadas por esta Hipoteca, devengarán intereses a la tasa establecida en el Pagaré desde la fecha de desembolso, y serán pagaderas, con dichos intereses, cuando el Prestador notifique al Deudor requiriendo su pago.* -------------------------------------------------------

-----All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.----------------------------------------------

-----*Todas las pólizas de seguro requerida por el Prestador y sus renovaciones estarán sujetas al derecho del Prestador de desaprobar las mismas, incluirán una cláusula hipotecaria estándar, y nombrarán al Prestador como acreedor hipotecario y/o beneficiario adicional. El Prestador tendrá el derecho de retener las pólizas y los certificados de renovación. Si el Prestador lo requiere, el Deudor le entregará prontamente todos los recibos de las primas pagadas y de los avisos de renovación. Si el Deudor obtiene cualquier forma de cubierta de seguro no requerida por el Prestador, por daños a o destrucción de la Propiedad, tal póliza contendrá una cláusula estándar de hipoteca y nombrará al Prestador como acreedor hipotecario y/o como beneficiario adicional.*-----

-----In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2. -------------

-----El Deudor dará pronto aviso al asegurador y al Prestador en caso de pérdida. El Prestador podrá someter la reclamación correspondiente si el Deudor no lo hace prontamente. Salvo que el Prestador y el Deudor acuerden otra cosa por escrito, cualquier indemnización de seguro, haya o no el Prestador requerido el seguro subyacente, será aplicada a la restauración o reparación de la Propiedad, si la restauración o reparación es económicamente viable y la garantía del Prestador no se menoscaba. Durante dicho período de reparación o restauración, el Prestador tendrá el derecho de retener la indemnización del seguro hasta tanto haya tenido la oportunidad de inspeccionar la Propiedad y asegurarse que la reparación se haya completado a su satisfacción; disponiéndose, que el Prestador realizará tal inspección prontamente. El Prestador podrá desembolsar fondos para las reparaciones y restauraciones en un solo pago, o en una serie de pagos según se vaya completando el trabajo. Salvo que haya un acuerdo por escrito o la Ley Aplicable requiera que se paguen intereses sobre dicha indemnización de seguro, el Prestador no estará obligado a pagar al Deudor intereses o rédito alguno sobre tal indemnización. Los honorarios de ajustadores públicos u otras terceras personas contratadas por el Deudor no se pagarán del rédito del seguro, y serán obligación exclusiva del Deudor. Si la restauración o reparación no es económicamente viable, o si la garantía del Prestador se menoscabare, la indemnización del seguro será aplicada a las cantidades aseguradas por esta Hipoteca, estuvieran o no entonces vencidas, y el excedente, si alguno, se le pagará al Deudor. Tal indemnización del seguro será aplicada en el orden que se dispone en la Sección 2.-------------------------------------------------------------------

-----If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within thirty (30) days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate

and settle the claim. The thirty (30) day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender: (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due. -----------------------------------------------------------------

-----*Si el Deudor abandona la Propiedad, el Prestador podrá radicar, negociar y transigir cualquier reclamación de seguro disponible y asuntos relacionados. Si dentro de treinta (30) días de recibirlo, el Deudor no responde a un aviso del Prestador de que la compañía de seguros ha ofrecido transigir una reclamación, el Prestador podrá negociar y transigir la reclamación. El período de treinta (30) días comenzará cuando se dé el aviso. En cualquier caso, o si el Prestador adquiere la Propiedad bajo la Sección 22 o de otra forma, el Deudor por la presente le cede al Prestador: (a) los derechos del Deudor a cualquier indemnización de seguro, hasta una suma que no exceda las cantidades adeudadas bajo el Pagaré o esta Hipoteca, y (b) cualquier otro derecho del Deudor (salvo el derecho a cualquier reembolso por primas no devengadas pagadas por el Deudor) bajo todas las pólizas de seguro que cubran la Propiedad, en la medida en que dichos derechos sean aplicables a la cubierta de la Propiedad. El Prestador podrá usar la indemnización del seguro para reparar o restaurar la Propiedad o pagar cualquier cantidad adeudada bajo el Pagaré o bajo esta Hipoteca, esté o no vencida tal cantidad. ------------------------------------------------*

-----6. Occupancy. Borrower shall occupy, establish and use the Property as Borrower's principal residence within sixty (60) days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one (1) year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control. -----------------

-----*6. Ocupación. El Deudor ocupará, establecerá y usará la Propiedad como su residencia principal dentro de los sesenta (60) días después del otorgamiento de esta Hipoteca y continuará ocupando la Propiedad como su residencia principal por lo menos durante un (1) año después de la fecha en que comenzó su ocupación, salvo que el Prestador acuerde otra cosa por escrito, cuyo consentimiento no será irrazonablemente denegado, o a menos que existan circunstancias atenuantes que estén fuera del control del Deudor. ------------------------------------------------*

-----7. Preservation, Maintenance and Protection of the Property; Inspections. Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically

feasible, Borrower shall promptly repair the Property if damaged, to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment, or in a series of payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of the obligation to complete such repair or restoration. --------

-----7. *Conservación, Mantenimiento y Protección de la Propiedad; Inspecciones.* *El Deudor no destruirá, dañará o menoscabará la Propiedad, ni permitirá que la Propiedad se deteriore o desmerezca. Esté o no el Deudor viviéndola, el Deudor mantendrá la Propiedad para evitar que ésta se deteriore o disminuya en valor debido a su condición. Salvo que se determine conforme a la Sección 5 que la reparación o restauración no es económicamente viable, el Deudor prontamente reparará la Propiedad si ésta ha sufrido daños, para evitar más deterioro o daño. Si se reciben pagos de seguro en caso de daños a la Propiedad, o compensación en caso de su expropiación, el Deudor será responsable por la reparación o restauración de la Propiedad solamente si el Prestador ha liberado fondos para tales propósitos. El Prestador puede desembolsar fondos para reparaciones y restauración en un solo pago, o en una serie de pagos según se vaya completando el trabajo. Si la indemnización del seguro o de la expropiación no es suficiente para reparar o restaurar la Propiedad, el Deudor no queda relevado de su obligación de completar tal reparación o restauración.* --------------------

-----Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior or the improvements on the Property, but shall give Borrower notice at the time of or prior to an interior inspection specifying such reasonable cause. .

-----*El Prestador o sus agentes podrán entrar y hacer inspecciones razonables a la Propiedad. El Prestador podrá inspeccionar su interior o las mejoras a la Propiedad, si tiene causa razonable para hacerlo, pero dará al Deudor aviso razonable de la inspección, al momento de la misma o previo a ella, especificando las causas para conducirla.* --------------------

-----8. **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence. ----------------

-----8. *Solicitud de Préstamo del Deudor.* *El Deudor estará en incumplimiento si, durante el proceso de solicitud del Préstamo, el Deudor, o cualquier persona o entidad actuando bajo instrucciones del Deudor, o con el conocimiento y consentimiento del Deudor, dio al Prestador información o declaraciones materialmente falsas, engañosas o inexacta (o no proveyeron información material al Prestador) respecto al Préstamo. Las representaciones materiales incluyen, pero no están*

*limitadas a, representaciones sobre la ocupación de la Propiedad por el Deudor como su residencia principal.*-------------------------------------------

-----9. **Protection of Lender's Interest in the Property and Rights under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument, (b) appearing in court, and (c) paying reasonable attorney's fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9. -----------------------------------------------------

-----9. *Protección del Interés del Prestador en la Propiedad y Derechos bajo esta Hipoteca. Si (a) el Deudor incumple con los convenios y acuerdos contenidos en esta Hipoteca, (b) hay un procedimiento legal que pudiera afectar significativamente el interés del Prestador sobre la Propiedad y/o sus derechos bajo esta Hipoteca (tales como un procedimiento de quiebra, una expropiación forzosa o confiscación, para imponer un gravamen que pueda adquirir prioridad sobre esta Hipoteca, o hacer cumplir leyes o reglamentos), o, (c) el Deudor ha abandonado la Propiedad, entonces el Prestador podrá realizar y pagar por lo que fuere razonable o apropiado para proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo proteger y/o tasar el valor de la Propiedad, y asegurar y/o reparar la Propiedad. Las acciones del Prestador pueden incluir, pero no están limitadas a: (a) pagar cualquier suma garantizada por un gravamen que tenga prioridad sobre esta Hipoteca; (b) comparecer en corte; y (c) pagar honorarios razonables de abogados para proteger su interés en la Propiedad y/o sus derechos bajo esta Hipoteca, incluyendo su posición garantizada en un procedimiento de quiebra. Asegurar la Propiedad incluye, pero no se limita a, entrar a la Propiedad para hacer reparaciones, cambiar cerraduras, reemplazar o poner tablas en las puertas y ventanas, drenar tuberías, subsanar o eliminar violaciones a códigos de construcción u otros, eliminar condiciones peligrosas, y conectar o desconectar servicios de agua, electricidad y otros. Aunque el Prestador puede tomar medidas bajo esta Sección 9, el Prestador no tiene que hacerlo y no tiene ningún deber o obligación de así hacerlo. Se acuerda que el Prestador no incurre en responsabilidad alguna por no tomar alguna o todas las medidas autorizadas bajo esta Sección 9. --------*

-----Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment. --------------------------------------------------

-----*Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 9 se convertirán en una deuda adicional del Deudor garantizada por esta Hipoteca. Estas cantidades devengarán intereses a la tasa establecida en el Pagaré, desde la fecha de su desembolso y serán pagaderas, con tales intereses, cuando el Prestador notifique al Deudor requiriendo su pago.* --------------------------------------------------

-----If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing. --------------------------------------------------

-----*Si esta Hipoteca es sobre un bien arrendado, el Deudor cumplirá con todas las disposiciones del contrato de arrendamiento. Si el Deudor adquiere título de dominio sobre la Propiedad, no operará la confusión de derechos entre el arrendamiento y el título de dominio a menos que el Prestador dé su consentimiento por escrito.* --------------------------------------------------

-----**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition for making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition for making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law.

Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note. -------------------------------------------------------

-----10. *Seguro Hipotecario.* *Si el Prestador requirió Seguro Hipotecario como condición para conceder el Préstamo, el Deudor pagará las primas que sean requeridas para mantener en vigor el Seguro Hipotecario. Si por cualquier razón, la cubierta del Seguro Hipotecario requerida por el Prestador deja de estar disponible del asegurador hipotecario que previamente la proveía, y al Deudor se le requería que hiciera pagos designados separadamente para las primas del Seguro Hipotecario, el Deudor hará pagos de las primas requeridas para obtener cubierta sustancialmente equivalente al Seguro Hipotecario previamente en vigor, a un costo al Deudor sustancialmente igual al costo del Seguro Hipotecario previamente en vigor, de otro asegurador hipotecario seleccionado por el Prestador. Si no estuviere disponible una cubierta de Seguro Hipotecario sustancialmente igual, el Deudor continuará pagando al Prestador los mismos pagos designados separadamente que pagaba cuando la cubierta de seguro dejó de estar en vigor. El Prestador aceptará, usará y retendrá estos pagos designados como una reserva no reembolsable para pérdida, en lugar del Seguro Hipotecario. Tal reserva para pérdida será no reembolsada, no obstante que el Préstamo sea eventualmente saldado en su totalidad; y el Prestador no estará obligado a pagar al Deudor intereses o rédito alguno sobre tal reserva para pérdida. El Prestador no podrá requerir pagos a reserva para pérdida si la cubierta de Seguro Hipotecario (en la cantidad y por el período que el Prestador requiera) provista por un asegurador seleccionado por el Prestador, vuelve a estar disponible, se obtiene y el Prestador requiere al Deudor hacer pagos designados separadamente para las primas del Seguro Hipotecario. Si el Prestador requirió Seguro Hipotecario como condición para conceder el Préstamo y se le requirió al Deudor hacer los pagos designados separadamente para el pago de primas del Seguro Hipotecario, el Deudor pagará las primas requeridas para mantener en vigor el Seguro Hipotecario, o para mantener un fondo de reserva no reembolsable, hasta que termine el requisito del Prestador de que se mantenga un Seguro Hipotecario, conforme a cualquier acuerdo escrito entre el Deudor y el Prestador, o hasta que la Ley Aplicable requiera que se suprima dicho requisito. Nada de lo contenido en esta Sección 10 afecta la obligación del Deudor de pagar intereses a la tasa que provee el Pagaré.* -------------------------------------------------------

-----Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.---------

-----*El Seguro Hipotecario compensa al Prestador (o a cualquier entidad que compre el Pagaré) por ciertas pérdidas que pueda sufrir si el Deudor no paga el Préstamo según pactado. El Deudor no es parte en la póliza de Seguro Hipotecario.* -------------------------------------------------------

-----Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the

mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums). As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further: -----------------

-----*Los aseguradores de hipotecas evalúan su riesgo total en todas las pólizas de seguro hipotecario vigentes de tiempo en tiempo, y pueden suscribir acuerdos con otras partes para compartir o modificar su riesgo o para reducir pérdidas. Estos acuerdos reflejan términos y condiciones satisfactorias al asegurador hipotecario y a la otra parte (o partes) que suscriben estos acuerdos. Estos acuerdos pueden requerir que el asegurador hipotecario haga pagos usando cualquier fuente de fondos que el asegurador hipotecario pueda tener disponible (que puede incluir fondos provenientes de primas de Seguro Hipotecario). Como resultado de estos acuerdos, el Prestador, cualquier comprador del Pagaré, otro asegurador, cualquier reasegurador, cualquier otra entidad, o cualquier afiliada de cualquiera de los anteriores, puede recibir (directa o indirectamente) cantidades que provengan de (o que puedan ser caracterizadas como) una porción de los pagos del Deudor para Seguro Hipotecario, a cambio de compartir o modificar el riesgo del asegurador hipotecario, o de reducir las pérdidas. Este acuerdo suele llamarse "reaseguro cautivo" si dispone que una afiliada del Prestador asuma una participación del riesgo del asegurador, a cambio de una participación en las primas pagadas. Además:* -------------------------------------------------

-----(A) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund;------

-----*(A) Ninguno de estos acuerdos afectará las sumas que el Deudor ha acordado pagar por el Seguro Hipotecario, ni ninguno de los otros términos del Préstamo. Estos acuerdos no aumentarán la cantidad que el Deudor adeudará por Seguro Hipotecario, y no le darán derecho al Deudor a ningún reembolso;* -------------------------------------------------

-----(B) Any such agreements will not affect the rights Borrower has--if any--with respect to the Mortgage Insurance under the Homeowners Protection Act of Nineteen Hundred Ninety-Eight (1998) or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.-----------------------------------------------

-----*(B) Ninguno de estos acuerdos afectará los derechos que tenga el Deudor--si alguno--con relación al Seguro Hipotecario bajo el Homeowners Protection Act de mil novecientos noventa y ocho (1998) o de cualquier otra ley. Estos derechos pueden incluir el derecho de recibir*

*cierta información, de requerir y obtener la cancelación del Seguro Hipotecario, de causar la cancelación automática del Seguro Hipotecario, y/o de recibir un reembolso de las primas no devengadas de cualquier Seguro Hipotecario al momento en que se efectúe tal cancelación o resolución.* --------------------------------------------------------------------

-----**11.  Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender. --------------------------------------------------------------------

-----*11. **Cesión de Réditos Misceláneos; Confiscación.** Por la presente se ceden y serán pagaderos al Prestador todos los Réditos Misceláneos.* -------

-----If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2. --------------------------------

-----*Si la Propiedad sufre daños, tales Réditos Misceláneos se aplicarán a la restauración o reparación de la Propiedad, si la restauración o reparación es económicamente viable y no se menoscaba la garantía del Prestador. Durante tal período de reparación y restauración, el Prestador tendrá el derecho a retener los Réditos Misceláneos hasta que el Prestador haya tenido la oportunidad de inspeccionar la Propiedad para asegurar que el trabajo se haya completado a su satisfacción, disponiéndose que el Prestador realizará prontamente dicha inspección. El Prestador podrá pagar por las reparaciones y restauraciones en un solo desembolso, o en una serie de pagos según se vaya completando el trabajo. Salvo que haya un acuerdo escrito o que la Ley Aplicable requiera que se paguen intereses sobre dichos Réditos Misceláneos, el Prestador no estará obligado a pagar al Deudor intereses o ganancia alguna sobre dichos Réditos Misceláneos. Si la reparación o restauración no es económicamente viable o la garantía del Prestador se menoscabaría, los Réditos Misceláneos se aplicarán a las cantidades aseguradas por esta Hipoteca, estén o no entonces vencidas, y el excedente, si alguno, se pagará al Deudor. Se aplicarán tales Réditos Misceláneos en el orden que se dispone en la Sección 2.* ----------------------

-----In the event of total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not then due, with the excess, if any, paid to Borrower. --------------------------------------------------------------------

*-----En caso de ocurrir una expropiación total, destrucción total o pérdida total en el valor de la Propiedad, los Réditos Misceláneos se aplicarán a las cantidades garantizadas por esta Hipoteca, estén o no vencidas, y el excedente, si alguno, se pagará al Deudor. -------------------------------------*

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower. ------------------------------------------------------------------

*-----En caso de ocurrir una expropiación parcial, destrucción parcial o pérdida parcial en el valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación, destrucción o pérdida en valor sea igual o mayor a las sumas garantizadas por esta Hipoteca inmediatamente antes de tal expropiación, destrucción o pérdida, y a menos que el Deudor y el Prestador acuerden otra cosa por escrito, se reducirán las sumas garantizadas por esta Hipoteca por la cantidad que resulte de multiplicar los Réditos Misceláneos por la siguiente fracción: (a) el total de las cantidades garantizadas inmediatamente antes de tal expropiación parcial, destrucción parcial o pérdida parcial en valor, dividido por (b) el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación parcial, destrucción parcial o pérdida parcial en valor. Se le pagará al Deudor cualquier sobrante. ------------------------------------------*

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due. --------------------

*-----En caso de ocurrir una expropiación parcial, destrucción parcial o pérdida parcial en valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de la expropiación parcial, destrucción parcial o pérdida parcial en valor sea menor a las cantidades garantizadas por esta Hipoteca inmediatamente antes de la expropiación parcial, destrucción parcial o pérdida parcial en valor, a menos que el Deudor y el Prestador acuerdan otra cosa por escrito, los Réditos Misceláneos se aplicarán a las sumas garantizadas por esta Hipoteca, hayan o no vencido dichas sumas. ----------------------------------*

-----If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, and Borrower fails

to respond to Lender within thirty (30) days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.-----------------------------------------------------

-----*Si el Deudor abandona la Propiedad, o si después que el Prestador avisa al Deudor que la Parte Adversa (según se define en la próxima oración) ofrece transigir una reclamación por daños, y el Deudor no le contesta al Prestador dentro de los treinta (30) días siguientes a tal notificación, el Prestador quedará autorizado a cobrar y aplicar los Réditos Misceláneos, ya sea a la restauración o reparación de la Propiedad, o a las cantidades garantizadas por esta Hipoteca, hayan o no vencido para entonces. "Parte Adversa" significa un tercero que le adeuda al Deudor Réditos Misceláneos o la parte contra quien el Deudor tiene una causa de acción relacionada con Réditos Misceláneos.* -----------

-----Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.--------------------------------

-----*El Deudor estará en incumplimiento si se comienza cualquier acción o procedimiento civil o criminal, que a juicio del Prestador pudiera resultar en la confiscación de la Propiedad u otro menoscabo material en el interés del Prestador sobre la Propiedad, o en sus derechos bajo esta Hipoteca. El Deudor podrá subsanar tal incumplimiento y, si ya se ha acelerado el vencimiento de la Deuda, reinstalar el Préstamo según se dispone en la Sección 19, si logra que se desestime la acción o procedimiento mediante un pronunciamiento que, a juicio del Prestador, precluya confiscación de la Propiedad u otro menoscabo material del interés del Prestador sobre la Propiedad, o de sus derechos bajo esta Hipoteca. El Deudor por la presente cede al Prestador todo producto de cualquier adjudicación o reclamación por daños que sea atribuible al menoscabo del interés del Prestador sobre la Propiedad, y dicho producto será pagado al Prestador.* -------------------------------------------------

-----All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2. -----

-----*Todo Rédito Misceláneo que no sea aplicado a la restauración o reparación de la Propiedad será aplicado en el orden dispuesto en la Sección 2.* -------------------------------------------------------------------

-----12. **Borrower Not Released; Forbearance by Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify the amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy. ----------

-----12. *El Deudor No Queda Relevado; Indulgencia por Parte del Prestador No Es Renuncia. Ni la extensión del término para el pago, ni la modificación de la amortización de las cantidades aseguradas por esta Hipoteca, concedidas por el Prestador al Deudor o cualquier Sucesor en Interés del Deudor, operará como relevo de responsabilidad del Deudor, ni de ningún Sucesor en Interés del Deudor. El Prestador no estará obligado a comenzar procedimientos en contra de ningún Sucesor en Interés del Deudor, ni estará obligado a rehusar extender el término para pagar o de otra manera modificar la amortización de las cantidades aseguradas por esta Hipoteca, por razón de cualquier requerimiento hecho por el Deudor original o por cualquier Sucesor en Interés del Deudor. Ninguna indulgencia por parte del Prestador en el ejercicio de cualquier derecho o remedio, incluyendo, sin limitaciones, aceptar pagos provenientes de terceras personas, entidades o Sucesores en Interés del Deudor o por cantidades menores a las entonces vencidas, se considerará como renuncia ni impedirá el ejercicio de cualquier derecho o remedio.---*

-----13. **Joint and Several Liability; Co-signers; Successors and Assigns.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent. --------------

-----13. *Responsabilidad Solidaria; Cofirmantes; Sucesores y Cesionarios. El Deudor conviene y acuerda que sus obligaciones y responsabilidades serán solidarias. Sin embargo, cualquier Deudor que cofirme esta Hipoteca pero no firme el Pagaré (un "cofirmante"): (a) está cofirmando esta Hipoteca solamente para hipotecar el interés del cofirmante en la Propiedad bajo los términos de esta Hipoteca; (b) no está obligado personalmente a pagar las cantidades aseguradas por esta Hipoteca; y (c) acuerda que el Prestador y cualquier otro Deudor pueden acordar, extender, modificar, tolerar o realizar cualquier acomodo relacionado con los términos de esta Hipoteca o del Pagaré sin el consentimiento del co-firmante.--------------------------------------------*

-----Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liabilities under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.-

-----*Sujeto a las disposiciones de la Sección 18, cualquier Sucesor en interés del Deudor que asuma por escrito las obligaciones del Deudor bajo esta Hipoteca y sea aprobado por el Prestador, obtendrá todos los derechos y los beneficios del Deudor bajo esta Hipoteca. El Deudor no quedará liberado de sus obligaciones y responsabilidades bajo esta Hipoteca, a menos que el Prestador acuerde liberarlo por escrito. Los convenios y acuerdos de esta Hipoteca obligarán (excepto según se establece en la Sección 20) y beneficiarán a los sucesores y cesionarios del Prestador.* -------------------------------------------------------

-----14. <u>Loan Charges</u>. Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law. --------------------------------------

-----14. <u>*Cargos del Préstamo*</u>. *El Prestador podrá cobrar al Deudor los honorarios por servicios prestados por motivo de un incumplimiento por parte del Deudor, con el fin de proteger los intereses del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo, sin limitación, honorarios de abogados, inspección de la propiedad y cargos por tasación. Respecto a otros gastos, la falta de una autorización expresa en esta Hipoteca a cobrar al Deudor un gasto específico no será interpretada como una prohibición a cobrar dicho gasto. El Prestador no podrá cargar gastos que estén expresamente prohibidos por esta Hipoteca o por la Ley Aplicable.* -----------------------------------------------------------------

-----If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial payment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund will constitute a waiver of any right of action Borrower might have arising out of such overcharge. ------------------------------------

*-----Si el Préstamo está sujeto a una ley que establece cargos máximos para préstamos, y esa ley se interpreta en forma final en el sentido de que los intereses u otros cargos cobrados o por cobrar con relación al Préstamo exceden los límites permitidos, entonces: (a) dichos cargos se reducirán por la cantidad necesaria para reducir el cargo al límite permitido; y (b) cualquier cantidad cobrada al Deudor que exceda los límites permitidos será reembolsada al Deudor. El Prestador podrá optar por hacer este reembolso mediante una reducción del principal adeudado bajo el Pagaré, o haciendo un pago directo al Deudor. Si se utiliza el reembolso para reducir el principal, la reducción se tratará como un pago parcial sin ningún cargo por pago anticipado (esté o no provisto tal cargo por pago anticipado en el Pagaré). La aceptación por el Deudor de cualquier reembolso constituirá una renuncia de cualquier causa de acción que el Deudor pudiera tener por motivo de tal sobrecargo.----------*

-----**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.----------------------------------------

*-----15. Notificaciones. Toda notificación dada por el Deudor o el Prestador con relación a esta Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a esta Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Prestador. El Deudor notificará prontamente al Prestador su cambio de dirección. Si el Prestador especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Prestador. En todo momento podrá haber solamente una dirección designada para notificaciones bajo esta Hipoteca. Cualquier notificación al Prestador será dada entregándola o enviándola por correo de primera clase a la dirección del Prestador aquí indicada salvo que el Prestador*

*haya designado otra dirección mediante notificación al Deudor. Ninguna notificación con relación a esta Hipoteca se considerará hecha al Prestador hasta que sea recibida por éste. Si cualquier notificación requerida en esta Hipoteca es también requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo esta Hipoteca.* ------------------------------------------------------

-----**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract, or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. ------------------------

-----*16. Ley Aplicable; Separabilidad; Reglas de Interpretación. Esta Hipoteca se regirá por la ley federal y la ley de la jurisdicción en la cual ubica la Propiedad. Todos los derechos y las obligaciones contenidas en esta Hipoteca están sujetas a cualquier requisito y limitación de la Ley Aplicable. La Ley Aplicable puede explícita o implícitamente permitir que las partes acuerden mediante contrato, o puede guardar silencio, pero tal silencio no se interpretará como una prohibición del acuerdo contractual. Si alguna disposición o cláusula de esta Hipoteca o del Pagaré choca con la Ley Aplicable, tal conflicto no afectará otras disposiciones de esta Hipoteca o del Pagaré que puedan hacerse valer sin la disposición conflictiva.* ------------------------------------------------------------------

-----As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" merely gives sole discretion without any obligation to take any action. ------------------------------------

-----*En esta Hipoteca: (a) las palabras utilizadas en el género masculino incluirán las del género femenino; (b) las utilizadas en el singular incluirán el plural, y viceversa; y (c) la palabra "podrá" meramente dará discreción, sin obligación de tomar acción alguna.* -----------------------------

-----**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument. ---------------------------------------------

-----*17. Copia del Deudor. Al Deudor se le entregará una copia del Pagaré y de esta Hipoteca.* -------------------------------------------------------

-----**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser. -----------------

-----18. _Traspaso de la Propiedad o de un Interés Beneficiario del Deudor._ Según se utiliza en esta Sección 18, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.-----------

-----If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. -----

-----Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.--------------------------------------------

-----If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower. ------------------------------

-----Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha; dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor. --------------------------------------------------------------

-----19. **Borrower's Right to Reinstate after Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five (5) days before sale of the Property pursuant to any power of foreclosure contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under

this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash, (b) money order, (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.-------

-----19. *El Derecho del Deudor a Reinstalar después de la Aceleración.* *Si el Deudor cumple con ciertas condiciones, el Deudor tendrá el derecho de detener la ejecución de esta Hipoteca en cualquier momento antes de lo siguiente, lo primero que ocurra: (a) cinco (5) días antes de la venta de la Propiedad de conformidad con cualquier poder de ejecución contenido en esta Hipoteca; (b) cualquier otro período que especifique la Ley Aplicable para que expire el derecho del Deudor a reinstalar; o (c) se dicte sentencia ejecutando esta Hipoteca. Tales condiciones son que el Deudor: (a) pague al Prestador todas las cantidades entonces adeudadas bajo esta Hipoteca y el Pagaré como si la aceleración no hubiera ocurrido; (b) subsane cualquier incumplimiento de cualquier otro pacto o convenio; (c) pague todos los gastos incurridos en la ejecución de esta Hipoteca, incluyendo, pero sin limitarse a, honorarios razonables de abogado, gastos de inspección y tasación de la propiedad y otras gastos incurridos con el propósito de proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca; y (d) tome la acción que el Prestador pueda razonablemente requerir para asegurar que queden inalterados el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, y la obligación del Deudor de pagar las cantidades aseguradas por esta Hipoteca. El Prestador podrá requerir que el Deudor pague tales cantidades de reinstalación y gastos en una o más de las siguientes maneras, a opción del Prestador: (a) en efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal; o (d) Transferencia Electrónica de Fondos. Al ser reinstalada por el Deudor, esta Hipoteca y las obligaciones aquí garantizadas permanecerán plenamente en vigor como si la aceleración no hubiera ocurrido. Sin embargo, el derecho del Deudor a reinstalar no aplicará en el caso de aceleración bajo la Sección 18.*-------------------------------------------------------------------

-----20. Sale of Note; Change of Loan Servicer; Notice of Grievance. The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will

be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower not assumed by the Note purchaser unless otherwise provided will remain with the Loan Servicer or be transferred to a successor Loan Servicer(s) and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser. -----------

-----20. _Venta del Pagaré; Cambio de Administrador del Préstamo; Aviso de Quejas._ El Pagaré o un interés parcial en el Pagaré (conjuntamente con esta Hipoteca) puede ser vendido una o más veces sin aviso previo al Deudor. Una venta podría resultar en un cambio de la entidad (conocida como "Administrador del Préstamo") que cobra los Pagos Periódicos vencidos bajo el Pagaré y esta Hipoteca y realiza otras obligaciones de administración bajo el Pagaré, esta Hipoteca y la Ley Aplicable. También podrá haber uno o más cambios del Administrador del Préstamo no relacionados a la venta del Pagaré. Si hay un cambio de Administrador del Préstamo, el Deudor será notificado por escrito del cambio, cual aviso proveerá el nombre y la dirección del nuevo Administrador del Préstamo, la dirección a la que se deben remitir los pagos y cualquier otra información requerida por RESPA con relación al aviso de traspaso de administración del préstamo. Si se vende el Pagaré y otra entidad que no es su comprador asume la administración del Préstamo, dicho comprador no será responsable por el cumplimiento de aquellas obligaciones de administración que no haya asumido, a menos que acuerde otra cosa. -----------------------------------------------------

-----Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or as member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period, which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.-------------------------------------------------------

-----Ni el Deudor ni el Prestador podrán comenzar, unirse o ser unidos en alguna acción judicial (como litigante individual ni como miembro de una clase) que surja de las acciones de la otra parte al amparo de esta Hipoteca o que alegue que la otra parte ha incumplido alguna disposición de, o con cualquier deber requerido por razón de esta Hipoteca, hasta que dicho Deudor o Prestador haya notificado a la otra parte (tal aviso dado en cumplimiento con lo requerido en la Sección 15) del alegado incumplimiento y haya dado a la otra parte un plazo razonable a partir del mismo para tomar acción correctiva. Será considerado como razonable para propósitos de este párrafo un plazo establecido por la Ley

*Aplicable como necesario para que se pueda tomar cierta acción. El aviso de aceleración y la oportunidad de curar dados al Deudor conforme a la Sección 22, y el aviso de aceleración dado al Deudor conforme a la Sección 18 se considerarán como que satisfacen los requisitos de aviso y oportunidad de subsanar de esta Sección 20. --------------------------------*

-----21. <u>Hazardous Substances</u>. As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants or wastes by Environmental Law, and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup. --------------

-----21. *<u>Sustancias Peligrosas</u>. Según usado en esta Sección 21: (a) "Sustancias Peligrosas" son aquellas sustancias definidas en la Ley Ambiental como sustancias tóxicas o peligrosas, contaminantes o desperdicios, y las siguientes sustancias: gasolina, kerosén, otros productos de petróleo inflamables o tóxicos, pesticidas tóxicos y herbicidas, solventes volátiles, materiales que contengan asbesto o formalina, y materiales radioactivos; (b) "Ley Ambiental" significa leyes federales y leyes de la jurisdicción donde ubica la Propiedad que atañen a la salud, seguridad o la protección ambiental; (c) "Limpieza Ambiental" incluye cualquier acción responsiva, acción remediativa o acción de remoción, según definidos en la Ley Ambiental, y (d) una "Condición Ambiental" significa una condición que pueda causar, contribuir a o de otra forma provocar una Limpieza Ambiental. -----------------------------------------*

-----Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and for maintenance of the Property (including, but not limited to hazardous substances in consumer products). --------------------

-----*El Deudor no causará ni permitirá la presencia, uso, disposición, almacenaje o emanación de ninguna Sustancia Peligrosa, ni amenazará con descargar ninguna Sustancia Peligrosa, en o dentro de la Propiedad. El Deudor no hará ni permitirá que nadie haga alguna cosa que afecte la Propiedad (a) que sea en violación de la Ley Ambiental, (b) que cree una Condición Ambiental, o (c) que, debido a la presencia, el uso o la emanación de una Sustancia Peligrosa, cree una condición que afecte adversamente el valor de la Propiedad. Las dos oraciones que anteceden no aplicarán a la presencia, el uso o el almacenaje en la Propiedad de*

*pequeñas cantidades de Sustancias Peligrosas que generalmente se reconocen como apropiadas para uso residencial normal y para mantenimiento de la Propiedad (incluyendo, pero sin limitarse a, sustancias peligrosas que se encuentran en productos para uso por el consumidor).* --------------------------------------------------------

-----Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup. --------------------------

-----*El Deudor dará pronto aviso por escrito al Prestador de (a) cualquier investigación, reclamación, requerimiento, demanda u otra acción por cualquier agencia gubernamental o agencia reguladora o persona particular que envuelva la Propiedad y cualquier Sustancia Peligrosa o Ley Ambiental, de la cual el Deudor tenga conocimiento, (b) cualquier Condición Ambiental, incluyendo, pero sin limitarse a, cualquier derrame, filtración, descarga o amenaza de descarga de cualquier Sustancia Peligrosa, y (c) cualquier condición causada por la presencia, el uso o la descarga de una Sustancia Peligrosa que afecte adversamente el valor de la Propiedad. Si el Deudor se entera, o es notificado por cualquier autoridad gubernamental o autoridad reguladora, o persona particular, que es necesario remover u otra remediación de cualquier Sustancia Peligrosa que esté afectando la Propiedad, el Deudor tomará prontamente todas las acciones remediativas necesarias de conformidad con la Ley Ambiental. Nada de lo aquí contenido creará obligación alguna para el Prestador de realizar una Limpieza Ambiental.* --------------

-----<u>NON-UNIFORM COVENANTS.</u> Borrower and Lender, by the disbursal of funds evidenced by the Note, further covenant and agree as follows: --------------------------------------------------------------------

-----*<u>CONVENIOS NO UNIFORMES.</u> El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan además como sigue:* ------------------------------------------------

-----**22. <u>Acceleration; Remedies.</u>** Except as provided in Section 18 hereof, upon Borrower's breach of any covenant or agreement of Borrower in this Security Instrument, including the covenants to pay when due any sums secured by this Security Instrument, Lender, prior to acceleration, shall mail notice to Borrower as provided in Section 15 hereof specifying: (a) the breach; (b) the action required to cure such breach; (c) a date, not less than thirty (30) days from the date the notice is mailed to Borrower, by which such breach must be cured; and (d) that failure to cure such breach on or before the date specified in the notice may result in acceleration of

the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert non-existence of a default or any other defense of Borrower to acceleration and foreclosure in the foreclosure proceeding. If the breach is not cured on or before the date specified in the notice, Lender, at Lender's option, may declare all of the sums secured by this Security Instrument to be immediately due and payable without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect in such proceeding all expenses of foreclosure, including, but not limited to attorney's fees, costs of documentary evidence, abstracts and title reports.------------------------------------------------------------------------------

-----22. *Aceleración; Remedios. Excepto según se dispone en la Sección 18 de esta Hipoteca, al Deudor incumplir con cualquiera de sus convenios o acuerdos bajo esta Hipoteca; incluyendo los convenios para pagar a su vencimiento cualquier suma garantizada por esta Hipoteca, el Prestador, previo a la aceleración de vencimiento; notificará al Deudor por correo, según dispone la Sección 15 indicándole: (a) su incumplimiento; (b) la acción requerida para subsanar tal incumplimiento; (c) una fecha no anterior a treinta (30) días a partir del envío por correo del aviso al Deudor, para la cual vendrá obligado a subsanar el incumplimiento; y (d) que la falta de subsanar tal incumplimiento en o antes de la fecha especificada en el aviso podrá resultar en la aceleración de las cantidades garantizadas por esta Hipoteca, la ejecución judicial y la venta de la Propiedad. El aviso también informará al Deudor de su derecho a reinstalar el Préstamo después de la aceleración de su vencimiento, y del derecho a alegar en el procedimiento de ejecución la inexistencia del incumplimiento, o cualquier otra defensa que tenga el Deudor. Si no subsana el incumplimiento en o antes de la fecha especificada en el aviso, el Prestador, a su opción, podrá declarar inmediatamente vencidas y pagaderas todas las sumas garantizadas por esta Hipoteca, sin más requerimiento, y podrá ejecutar esta Hipoteca mediante procedimiento judicial. El Prestador tendrá derecho a cobrar en tal procedimiento todos los gastos de ejecución, incluyendo, sin limitación, honorarios de abogados, el costo de evidencia documentaria, informes y estudios de título.* --------------------------------------------------------------------------------

-----23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall release and cancel this Security Instrument at Borrower's expense, or, at Borrower's option, endorse the Note "for cancellation only". Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law. --

-----23. *Liberación. Al pago de todas las cantidades garantizadas por esta Hipoteca, el Prestador liberará y cancelará esta Hipoteca a costo del Deudor, o, a opción del Deudor, endosará el Pagaré "para cancelación solamente". El Prestador podrá cobrar al Deudor un cargo por liberar esta Hipoteca, pero solamente si el cargo se paga a una tercera persona por servicios prestados y la Ley Aplicable permite dicho cargo.* ------------

-----24. Lowest Bid. Pursuant to the provisions of this Security Instrument and the Mortgage and Property Registry Act of Puerto Rico, Borrower and Lender value the Property at an amount equal to the original principal

amount of the Note secured by this Mortgage, which value shall serve as lowest bid at the first auction in the event of foreclosure. ---------------------

-----24. *Tipo Mínimo.* *De conformidad con las disposiciones de esta Hipoteca y la Ley Hipotecaria y del Registro de la Propiedad de Puerto Rico, el Deudor y el Prestador valoran la Propiedad en una cantidad igual a la suma original del principal del Pagaré garantizado por esta Hipoteca, cuyo valor servirá como tipo mínimo en la primera subasta en el caso de ejecución.* ---------------------

-----25. **Assignment of Rents; Appointment of Receiver.** As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under Section 22 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable. ---------------------

-----25. *Cesión de Rentas; Nombramiento de Síndico.* *Como garantía adicional bajo esta Hipoteca, el Deudor por la presente cede al Prestador las rentas sobre la Propiedad, pero el Deudor, previo a ocurrir aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de Propiedad, tendrá derecho a cobrar y retener dichas rentas según venzan y advengan pagaderas.* ---------------------

-----Upon acceleration under Section 22 hereof or abandonment of the Property, Lender shall be entitled to have a receiver appointed by a court to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and attorneys' fees, and then to the sums secured by this Security Instrument. The receiver shall be liable to account only for those rents actually received. ---------------------

-----*A partir de la aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de la Propiedad, el Prestador tendrá derecho a que un tribunal de justicia nombre un síndico para que entre en la Propiedad, tome posesión de ella, la administre y cobre sus rentas vencidas y por vencer. Todas las rentas cobradas por el síndico serán aplicadas primero al pago de los gastos de administración de la Propiedad y cobro de rentas, incluyendo, pero no limitado a, los honorarios del síndico, primas de fianzas del síndico y honorarios de abogados, y entonces a las cantidades garantizadas por esta Hipoteca. El Síndico será responsable de rendir cuentas solamente sobre aquellas rentas que reciba.* ---------------

-----26. **Waiver of Homestead Rights.** Borrower hereby waives in favor of the Lender, to the fullest extent allowed by Applicable Law, all homestead and similar rights conferred upon Borrower by any Applicable Law, including, without limitation, the provisions of the Puerto Rico *Ley de Hogar Seguro*, Puerto Rico Laws Annotated, title 31, sections 1851 to 1857. ---------------------

-----26. *Renuncia a los Derechos de Hogar Seguro.* *El Deudor por la presente renuncia a favor del Prestador, al mayor grado permitido por la Ley Aplicable, todo derecho de hogar seguro y derechos similares conferidos al Deudor por cualquier Ley Aplicable, incluyendo pero sin*

*limitación, a las disposiciones de la Ley de Hogar Seguro de Puerto Rico,
Leyes de Puerto Rico Anotadas, título 31, secciones 1851 a 1857.*

-----27. <u>Items Secured by this Security Instrument.</u> To secure to Lender or to the holder by endorsement of the Note (a) the repayment of the indebtedness evidenced by the Note, with interest thereon, (b) the performance of the covenants and agreements of Borrower herein contained, (c) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover costs, expenses and attorneys' fees of the Lender in enforcing its right under the Note to demand immediate repayment of the Note or to seek judicial collection or collection in any proceeding in bankruptcy of the Borrower, which amount shall be considered liquid and payable by the sole act of providing the Borrower with notice as stated in the Note or seeking collection and shall be in addition to the principal amount of the Note, (d) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover any other advances which may be made under this Security Instrument, and (e) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover interest in addition to that secured, and up to the maximum allowed by, Applicable Law, Borrower does hereby constitute a voluntary first mortgage on the Property. In the event this Security Instrument is not recorded at the Registry with the agreed rank, the same shall constitute a default hereunder entitling Lender to the remedies provided in Section 22 hereof. -------------------------------------------------------------------------------

-----27. <u>*Partidas Garantizadas por Esta Hipoteca.*</u> *Para garantizar al Prestador o al tenedor por endoso del Pagaré (a) el repago de la deuda evidenciada por el Pagaré, con intereses (b) el cumplimiento de los convenios y acuerdos del Deudor aquí contenidos, (c) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir costas, gastos y honorarios de abogados incurridos por el Prestador al hacer valer sus derechos bajo el Pagaré de exigir repago inmediato del Pagaré o solicitar cobro por la vía judicial o cobro en cualquier procedimiento en una quiebra del Deudor, la cual suma será considerada líquida y exigible por el mero acto de dar aviso al Deudor según se establece en el Pagaré, o de gestionar cobro, y será adicional a la suma principal del Pagaré, (d) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir cualquier otro adelanto que pueda ser hecho bajo esta Hipoteca, y (e) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir intereses por encima de los asegurados por, y hasta el máximo permitido por, la Ley Aplicable, por la presente el Deudor constituye una primera hipoteca voluntaria sobre la Propiedad. Constituirá incumplimiento del Deudor el que esta Hipoteca no sea inscrita en el Registro con el rango acordado, lo que facultará al Prestador a ejercitar los remedios provistos en la Sección 22 de este documento.* -----------------------------------------------------------------------------------



-----FIFTH:  THE PROPERTY. The description of the Property is:
-----QUINTA: *LA PROPIEDAD. La descripción de la Propiedad es:*

---URBANA: Apartamento Mil Novecientos Cuatro
(1,904). Es un apartamento residencial de forma
irregular que está localizado en la Torre uno, piso
diecinueve del edificio Condominio Coral Beach,
situado en la Carretea Estatal número ciento
ochenta y siete (187), kilómetro cero, hectómetro
nueve, esquina a la Calle Boulevard, Barrio
Cangrejo Arriba, Carolina, Puerto Rico, que mide
treinta y dos pies seis pulgadas de largo, por su
parte más larga, medida desde la puerta de entrada
hacia el fondo, por cincuenta y un pies diez
pulgadas (51'10") de ancho por su parte más ancha,
frente al apartamento que hacen un área de Mil
cuatrocientos Setenta y Uno Punto Cero Siete Pies
Cuadrados, aproximadamente equivalentes a CIENTO
TREINTA Y SEIS PUNTO SETENTA Y DOS (136.72) METROS
CUADRADOS. En lindes por el NORTE, en una
distancia total de treinta y dos pies seis
pulgadas con el espacio exterior que mira hacia el
océano Atlántico, separado por pared y baranda de
la terraza; por el ESTE, en una distancia de cuatro
pies diez pulgadas (4'10") con espacio exterior y
corredor común, separado por pared y a la puerta de
entrada; por el SUR, en una distancia total de
treinta y dos pies con seis pulgadas (32'6") con el
espacio exterior y el cuarto eléctrico, separado
por pared de carga; por el OESTE, en una distancia
de cincuenta y un pies diez pulgadas (51'10") con
el espacio exterior que mira hacia el área de
recreación separada por baranda de las terrazas.---

---Este apartamento consta de foyer sala comedor,
de habitación con walk-in-closet y baño cada una,
tres closets, cocina y dos terrazas. Los baños
están equipados con bañera, lavamanos y servicios
sanitarios. La cocina tiene gabinetes, estufa con
horno, fregadero y calentador de agua. La puerta
de entrada de este apartamento está situada en su
lindero. Este y por ella se sale al corredor o
pasillo central del piso por el cual se sale al
corredor o pasillo central del piso por el cual se
sale al exterior.------------------------------------

---Consta inscrita al folio noventa y cinco del
tomo quinientos veintinueve (529) de Carolina,
finca número veinte mil quinientos setenta y cuatro
(20,574). Registro de la Propiedad de Carolina,
sección Primera.------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

-----**SIXTA:** The Property is recorded as follows, and any liens and encumbrances of record are listed below: -------------------------------
-----*SEXTA: La Propiedad está inscrita como sigue, y las cargas y gravámenes que surgen del Registro se indican a continuación:* -------------

---Consta inscrita al folio noventa y cinco del tomo quinientos veintinueve (529) de Carolina, finca número veinte mil quinientos setenta y cuatro (20,574). Registro de la Propiedad de Carolina, sección Primera.---------------

---Que los deudores hipotecarios adquirieron la antes descrita propiedad mediante la escritura tres (3), otorgada en Río Piedras,--------
Puerto Rico, el día cuatro (4) de mayo de dos mil seis (2006) ante la notario Frances M. Apellaniz Arroyo.---------------------

-------------------------------------------------------------------

----Por sí se encuentra libre de cargas y gravámenes:.----------------------

-----**HIPOTECA:** En garantía de un pagaré a favor de Doral Bank, o a su orden, por la suma de Ciento Ochenta y Tres Mil Dólares ($183,000.00), a vencer el día primero (1ro) de noviembre de dos mil doce (2012), según escritura número trescientos cuarenta y nueve (349), otorgada en San Juan, Puerto Rico, el día dos (2) de noviembre de dos mil cinco (2005), ante la notario Mirtelena Díaz Pedroza.-----------------------------

-----**SEVENTH:** BORROWER, The Borrower:            ----------
-----*SÉPTIMA: DEUDOR: El Deudor es (son):* -----------------            ----------

**RAÚL CAL JAURENA**, seguro social            mayor
de edad, soltero, ejecutivo y vecino de San Juan,
Puerto Rico, a comparecer como CO-DEUDOR.----------

--Como DEUDOR: MONTEVIDEO RENTAL, INC.-----------------
Corporación debidamente organizada  l            el ELA,-
con el número de seguro social patro            repre---
sentada en este acto por su presidente **RAUL CAL JAURENA**, de-
las circunstancias antes mencionadas debidamente facultado--
para esta compareciente por virtud de Resolución Corporativa
bajo la firma de Leonardo Cal Hernández, de fecha cuatro (4)
de mayo de dos mil seis (2006), suscrita bajo el afidavit--
cinco mil doscientos cuarenta y siete (5,247) ante el nota-
rio Juan Carlos Goitía Rosa.-----------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------



-----**EIGHTH**: <u>LENDER</u>. The Lender to whose order the Note has been issued and delivered is:-----

-----*OCTAVA*: <u>*PRESTADOR*</u>. *El Prestador a la orden de quien el Pagaré se ha emitido y entregado es:* -----

R&G PREMIER BANK OF PUERTO RICO -----

a corporation duly organized under the Laws of the Commonwealth of Puerto Rico, and whose Federal Employer Identification Number is -----

-----Lender's address is: -----

-----*La dirección del Prestador es:* -----

-----R&G Plaza, #280 Jesús T. Piñeiro Avenue, Hyde Park, Hato Rey, Puerto Rico.-----

or such other address as Lender may indicate in writing.-----

*u otra dirección que el Prestador indique por escrito.*-----

-----**WARNINGS**-----

-----The Notary Public certifies that he or she has advised the Lender and the Borrower that, if the Property is subject to one or more liens that enjoy prior rank over this Security Instrument, the Lender will retain from the proceeds of the Loan a sum sufficient to pay and cancel said liens. The Lender, by the disbursal of funds evidenced by the Note, has agreed to remit payment thereof to the holders of such liens within five (5) working days following the execution of this Security Instrument, in order to secure the cancellation of such liens; although there is no absolute guaranty that said cancellation will be performed. The Borrower has the right to require that such liens be cancelled concurrently with the execution of this Security Instrument, but is advised that, as in most cases, promissory notes secured by mortgages may not be available for cancellation at this time. These warnings having been made, the Borrower hereby waives the right to require that said liens be cancelled concurrently with the execution of this Security Instrument. -----

-----*ADVERTENCIAS*-----

-----*El Notario Público certifica que ha advertido al Prestador y al Deudor que de estar la Propiedad afecta a uno o más gravámenes de rango superior a esta Hipoteca, el Prestador retendrá del producto del Préstamo la suma suficiente para cancelarlos. El Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, ha acordado remitir pago de los mismos a los tenedores de dichos gravámenes dentro de cinco (5) días laborables luego del otorgamiento de esta Hipoteca, con el fin de asegurarse de la cancelación de los mismos; no obstante, no hay garantía absoluta que se lleve a cabo dicha cancelación. El Deudor tiene derecho a requerir que se cancelen dichos gravámenes concurrentemente con la constitución de esta Hipoteca, pero se le advierte que, como en la mayoría de los casos, los pagarés garantizados por hipotecas pueden no*

*estar disponibles para cancelación en este momento. Habiéndose hecho estas advertencias, el Deudor por la presente renuncia a su derecho de requerir que dichos gravámenes se cancelen concurrentemente con la constitución de esta Hipoteca. ------------------------------------------------------------*

-----If the Borrower has the right under Applicable Law to rescind this transaction, then the Lender will not disburse any of the proceeds of the Loan until the rescission period has expired, or until the Borrower waives said rescission right as provided by Applicable Law. -------------------------------

*-----Si la Ley Aplicable concede al Deudor el derecho a rescindir esta transacción, entonces el Prestador no desembolsará ningún producto del Préstamo hasta que haya expirado el período de rescisión, o hasta que el Deudor renuncie dicho derecho de rescisión en la forma que manda la Ley Aplicable. --------------------------------------------------------------*

-------------------------------- ACCEPTANCE ----------------------------
-----The appearing parties accept this deed in its entirety and I, the Notary Public, made to the appearing parties the necessary legal warnings concerning the execution of the same. I, the Notary Public, advised the appearing parties as to their right to have witnesses present at this execution, which they waived. The appearing parties, having read this deed in its entirety, fully ratify and confirm the statements contained herein as the true and exact embodiment of their stipulations, terms and conditions. Whereupon the appearing parties sign this deed, before me, the Notary Public, and sign their initials on each and every page of this deed. -------------------------------------



--------------------------------- *ACEPTACIÓN* ---------------------------------
*----- Los comparecientes aceptan esta escritura en su totalidad, y yo, el Notario Público, hice a los comparecientes las advertencias legales pertinentes relativas a este otorgamiento. Yo, el Notario Público, advertí a las partes comparecientes de su derecho a tener testigos presentes en este otorgamiento, al cual derecho renunciaron. Habiendo los comparecientes leído esta escritura en su totalidad, la ratifican totalmente y confirman que las declaraciones contenidas en la misma reflejan fiel y exactamente sus estipulaciones, términos y condiciones. En virtud de lo cual, los comparecientes firman esta escritura ante mí, el Notario Público, y fijan sus iniciales en cada uno de los folios de esta escritura. --------------------------*

----- Because he or she does not know the Borrower personally, the Notary Public hereby clarifies and certifies that he or she has identified the following named parties according to the requirements established by Article Seventeen (C) [17(C)] of the Notarial Law of Puerto Rico, who presented the following identifications that contain their signatures and photographs. --------------------------------------------------------------



*----- Por no conocer personalmente al Deudor, en este acto el Notario Público aclara y hace constar que identificó a los siguientes comparecientes de acuerdo a los requisitos establecidos por el Artículo Diecisiete (C) [17(C)] de la Ley Notarial de Puerto Rico, quienes presentaron las siguientes identificaciones que contienen sus firmas y retratos. --------------------------------------------------------------*

----RAUL CAL JAURENA, mediante licencia de conducir con el ----
número 0790196, con foto y firma del compareciente.----------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

----I, the Notary Public, do hereby certify and give faith as to everything
stated and contained in this instrument.---------------------------

----Yo, el Notario Público, por la presente certifico y doy fe de todo lo
declarado y contenido en este instrumento.-------------------------

---Se aclara que se anejan en este momento, las cláusulas que se mencionan a
continuación aplicables a la transacción aquí efectuada, para que formen parte de
la presente escritura de Hipoteca.---------------------------------

----(a):------------ONE TO FOUR FAMILY RIDER-----------------
CLAUSULA ADICIONAL SOBRE UNIDADES DE UNA A CUATRO FAMILIAS

----(b):--------------- CONDOMINIUM RIDER --------------------
------------ CLAUSULA ADICIONAL SOBRE CONDOMINIO-------------

----(c):---------------SECOND HOME RIDER---------------------
----------CLAUSULA ADICIONAL SOBRE SEGUNDA RESIDENCIA---------

----(d):-----------------------------------------------------

----(e):-----------------------------------------------------

-----REPITO LA FE.------------------------------------------

-----------------ONE TO FOUR FAMILY UNITS RIDER----------------

----------------------------(Assignment of Rents)-----------------------------

---------------*CLÁUSULA ADICIONAL SOBRE UNIDADES*---------------
----------------------*DE UNA A CUATRO FAMILIAS*----------------------
------------------------------ *(Cesión de Rentas)* ------------------------------

---THIS ONE TO FOUR FAMILY RIDER is incorporated into and shall be deemed to amend and supplement this Security Instrument. --------------

---*LA PRESENTE CLÁUSULA ADICIONAL SOBRE UNIDADES DE UNA A CUATRO FAMILIAS se incorpora a y se considerará que modifica y complementa esta Hipoteca.*-----------------------------------------

-----ONE TO FOUR FAMILY COVENANTS. In addition to the covenants and agreements made in this Security Instrument, Borrower and Lender further covenant and agree as follows:-------------------------------

-----*CONVENIOS SOBRE UNIDADES DE UNA A CUATRO FAMILIAS. Además de los convenios y acuerdos otorgados en esta Hipoteca, el Deudor y el Prestador también convienen y acuerdan lo siguiente:*-------------------------------------------------------------

-----A. ADDITIONAL PROPERTY SUBJECT TO THIS SECURITY INSTRUMENT. In addition to the Property described in this Security Instrument, the following items now or hereafter attached to the Property to the extent they are fixtures are added to the Property description, and shall also constitute the Property covered by this Security Instrument: building materials, appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used in connection with the Property, including, but not limited to, those for the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors, cabinets, paneling and attached floor coverings, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the Property covered by this Security Instrument. All of the foregoing together with the Property described in this Security Instrument (or the leasehold estate if the Security Instrument is on a leasehold) are referred to in this One to Four Family Rider and this Security Instrument as the "Property." -------------------------------------------

-----*A. BIENES ADICIONALES SUJETOS A ESTA HIPOTECA. Además de la Propiedad que se describe en esta Hipoteca, se agregan a la descripción de la Propiedad, y se considerarán también Propiedad cubierta por esta Hipoteca, los artículos que se indican a continuación, que formen parte de la Propiedad en la actualidad o en el futuro, en la medida en que sean incorporados a la Propiedad o destinados a ella: materiales de construcción, utensilios y bienes de cualquier naturaleza que al presente estén ubicados, o que en el futuro se ubiquen, en la Propiedad, o que se usen, o se tenga la intención de usar, en relación con la Propiedad, incluyendo, por ejemplo, los destinados a suministrar o distribuir calefacción, refrigeración, electricidad, gas, agua, aire y luz, aparatos para prevenir y extinguir incendios, aparatos de seguridad y para controlar acceso, tuberías, bañeras, calentadores de agua, inodoros, fregaderos, cocinas, estufas, refrigeradores, lavaplatos, trituradores de desperdicios, lavadoras de ropa, secadoras de ropa, toldos, tormenteras,*



existing leases and to execute new leases, in Lender's sole discretion. As used in this paragraph G, the word "lease" shall mean "sublease" if this Security Instrument is on a leasehold. -------------------------------------

-----G. CESIÓN DE ARRENDAMIENTOS. A solicitud del Prestador después de incumplimiento por el Deudor, el Deudor vendrá obligado a ceder al Prestador todos los arrendamientos de la Propiedad y todos los depósitos en garantía efectuados en relación con los arrendamientos de la Propiedad. Después de la cesión, el Prestador tendrá derecho a modificar, prorrogar o cancelar los arrendamientos existentes y a firmar nuevos arrendamientos, a discreción exclusiva del Prestador. Según utilizada en este párrafo G, la palabra "arrendamiento" significará también "subarrendamiento" si esta Hipoteca se constituye sobre un derecho de arrendamiento. -------------------------------------

-----H. ASSIGNMENT OF RENTS; APPOINTMENT OF RECEIVER; LENDER IN POSSESSION. Borrower absolutely and unconditionally assigns and transfers to Lender all the rents and revenues ("Rents") of the Property, regardless of to whom the Rents of the Property are payable. Borrower authorizes Lender or Lender's agents to collect the Rents, and agrees that each tenant of the Property shall pay the Rents to Lender or Lender's agents. However, Borrower shall receive the Rents until: (i) Lender has given Borrower notice of default pursuant to Section 22 of Part FOURTH, and (ii) Lender has given notice to the tenant(s) that the Rents are to be paid to Lender or Lender's agent. This assignment of Rents constitutes an absolute assignment and not an assignment for additional security only. -------------------------------------

-----H. CESIÓN DE RENTAS; DESIGNACIÓN DE ADMINISTRADOR; PRESTADOR EN POSESIÓN. El Deudor cede y transfiere al Prestador, en forma absoluta e incondicional, todas las rentas e ingresos ("Rentas") de la Propiedad, independientemente de a quién deban pagarse las Rentas de la Propiedad. El Deudor autoriza al Prestador o a los agentes del Prestador a cobrar las Rentas, y acuerda que cada arrendatario de la Propiedad pagará las Rentas al Prestador o a los agentes del Prestador. Sin embargo, el Deudor recibirá las Rentas hasta que: (i) el Prestador haya cursado notificación de incumplimiento al Deudor de conformidad con la Sección 22 de la Parte CUARTA y (ii) el Prestador haya notificado al/los arrendatario(s) que las Rentas deben pagarse al Prestador o al agente del Prestador. Esta cesión de Rentas constituye una cesión absoluta y no una cesión meramente para constituir una garantía adicional. -------------------------------------

-----If Lender gives notice of default to Borrower: (i) all Rents received by Borrower shall be held by Borrower as trustee for the benefit of Lender only, to be applied to the sums secured by this Security Instrument; (ii) Lender shall be entitled to collect and receive all of the Rents of the Property; (iii) Borrower agrees that each tenant of the Property shall pay all Rents due and unpaid to Lender or Lender's agents upon Lender's written demand to the tenant; (iv) unless Applicable Law provides otherwise, all Rents collected by Lender or Lender's agents shall be applied first to the costs of taking control of and managing the Property and collecting the Rents, including, but not limited to, attorneys' fees, receiver's fees, premiums on receiver's bonds, repair and maintenance costs, insurance premiums, taxes, assessments and other charges on the Property, and then to the sums secured by this Security Instrument; (v) Lender, Lender's agents or any judicially appointed receiver shall be liable to account for only those Rents actually received; and (vi) Lender shall be entitled to have a receiver appointed to take possession of and

*-----Ni el Prestador ni los agentes del Prestador, ni un administrador designado judicialmente, estarán obligados a ingresar en la Propiedad, ni a tomar el control de ella, ni a mantenerla, antes o después de cursar notificación de incumplimiento al Deudor. No obstante, el Prestador, los agentes del Prestador o un administrador designado judicialmente, podrán hacerlo en cualquier momento cuando haya ocurrido incumplimiento de parte del Deudor. Cualquier aplicación de Rentas no subsanará un incumplimiento, ni lo dispensará, ni invalidará cualquier otro derecho o remedio del Prestador. Esta cesión de Rentas de la Propiedad se cancelará cuando se hayan pagado en su totalidad todas las sumas garantizadas por esta Hipoteca. -------------------------------*

-----I. CROSS-DEFAULT PROVISION. Borrower's default or breach under any note or agreement in which Lender has an interest shall be a breach under this Security Instrument, and Lender may invoke any of the remedies permitted by this Security Instrument. -------------------------------

*-----I. DISPOSICIÓN SOBRE INCUMPLIMIENTO DE OTRAS OBLIGACIONES. El incumplimiento de parte del Deudor de sus obligaciones bajo cualquier pagaré o acuerdo en el cual el Prestador tenga un interés constituirá un incumplimiento del Deudor en virtud de esta Hipoteca, y el Prestador podrá invocar los remedios autorizados por esta Hipoteca. -------------------------------*

---BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this One to Four Family Units Rider. ----------------

*---AL FIRMAR A CONTINUACIÓN, el Deudor acepta y acuerda los términos y condiciones que contiene la presente Cláusula Adicional sobre Unidades de Una a Cuatro Familias. -------------------------------*

-----I, the Notary Public, do hereby again certify and give faith as to everything stated and contained in this instrument. -------------------------------

*-----Yo, el Notario Público, por la presente otra vez certifico y doy fe de todo lo declarado y contenido en este instrumento. -------------------------------*

ardapuertas, telas metálicas, persianas, estores, cortinas y varillas de rtinas, espejos fijos, gabinetes, paneles y cubiertas fijas para pisos, dos los cuales, con sus reemplazos y adiciones, se considerarán ser, y ntinuar siendo, parte de la Propiedad cubierta por el Instrumento de rantía. La presente Cláusula Adicional sobre Unidades de Una a atro Familias y esta Hipoteca se refieren a todo lo antes dicho, njuntamente con la Propiedad que se describe en esta Hipoteca (o el recho de arrendamiento, si esta Hipoteca se constituye sobre propiedad rendada), como la "Propiedad". ------------------------------------------

--B. USE OF PROPERTY; COMPLIANCE WITH LAW. Borrower all not seek, agree to or make a change in the use of the Property or its ning classification, unless Lender has agreed in writing to the change. orrower shall comply with all laws, ordinances, regulations and quirements of any governmental body applicable to the Property. --------

---B. USO DE LA PROPIEDAD; CUMPLIMIENTO CON LA LEY. El eudor no intentará realizar, ni aceptará, ni realizará un cambio en el so de la Propiedad o en su zonificación, a menos que el Prestador haya onsentido al cambio por escrito. El Deudor cumplirá con todos los statutos, ordenanzas, reglamentos y requerimientos establecidos por ualquier organismo gubernamental que sean aplicables a la Propiedad. -

----C. SUBORDINATE LIENS. Except as permitted by federal law, Borrower shall not allow any lien inferior to this Security Instrument to be erfected against the Property without Lender's prior written permission. -

----C. GRAVÁMENES INFERIORES. Salvo que la ley federal lo nutorice, el Deudor no permitirá que se constituya sobre la Propiedad ingún gravamen de rango inferior al de esta Hipoteca sin la autorización previa y escrita del Prestador. ------------------------------------------------

-----D. RENT LOSS INSURANCE. Borrower shall maintain insurance against rent loss in addition to the other hazards for which insurance is equired by Section 5 of Part FOURTH. ------------------------------------

-----D. SEGURO CONTRA PÉRDIDA DE RENTAS. El Deudor mantendrá un seguro contra pérdida de rentas, además de contra otras pérdidas a ser aseguradas a tenor con la Sección 5 de la Parte CUARTA.

-----E. "BORROWER'S RIGHT TO REINSTATE" DELETED. Section 19 of Part FOURTH is deleted. ------------------------------------

-----E. ELIMINACIÓN DEL "DERECHO DEL DEUDOR A RESTABLECER". Se elimina la Sección 19 de la Parte CUARTA. --------

-----F. BORROWER'S OCCUPANCY. Unless Lender and Borrower otherwise agree in writing, Section 6 of Part FOURTH concerning Borrower's occupancy of the Property is deleted. ----------------------------

-----F. OCUPACIÓN POR PARTE DEL DEUDOR. Salvo que el Prestador y el Deudor acuerden lo contrario por escrito, se elimina la Sección 6 de la Parte CUARTA, referente a la ocupación de la Propiedad por parte del Deudor. ------------------------------------------------------

-----G. ASSIGNMENT OF LEASES. Upon Lender's request after default, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases of the Property. Upon assignment, Lender shall have the right to modify, extend or terminate the

anage the Property and collect the Rents and profits derived from the
roperty without any showing as to the inadequacy of the Property as
curity. ------------------------------------------------------------------------

----Si el Prestador cursa notificación de incumplimiento al Deudor:
y todas las Rentas que reciba el Deudor las conservará únicamente en
alidad de fiduciario para el beneficio del Prestador, y se aplicarán a las
umas garantizadas por esta Hipoteca; (ii) el Prestador tendrá derecho a
obrar y recibir todas las Rentas de la Propiedad; (iii) el Deudor acuerda
ue cada arrendatario de la Propiedad pagará al Prestador o a los
gentes del Prestador toda Renta adeudada y no pagada, a solicitud
scrita del Prestador al arrendatario; (iv) salvo que la Ley Aplicable
isponga otra cosa, todas las Rentas cobradas por el Prestador o por los
gentes del Prestador se aplicarán en primer término a los gastos
ncurridos en la toma de control de la Propiedad y en su administración, y
n el cobro de las Rentas, incluyendo, pero no limitados a, honorarios de
bogados, honorarios del administrador, primas por las fianzas del
dministrador, gastos de reparación y mantenimiento, primas de seguros,
mpuestos, contribuciones y otros cargos sobre la Propiedad, y después a
as sumas garantizadas por esta Hipoteca; (v) el Prestador, los agentes
el Prestador o cualquier administrador designado judicialmente serán
esponsables solamente por aquellas Rentas que realmente reciban; y (vi)
el Prestador tendrá derecho a que se designe un administrador para que
tome posesión y la administre la Propiedad, y cobre las Rentas y
ganancias derivadas de la Propiedad, sin que sea necesario demostrar
que la Propiedad es insuficiente como garantía. -----------------------------

-----If the Rents of the Property are not sufficient to cover the costs of
taking control of and managing the Property and of collecting the Rents
any funds expended by Lender for such purposes shall become
indebtedness of Borrower to Lender secured by this Security Instrument
pursuant to Section 9 of Part FOURTH. ----------------------------------------

-----Si las Rentas de la Propiedad no son suficientes para cubrir los gastos
de la toma de control y administración de la Propiedad y del cobro de las
Rentas, los fondos que gaste el Prestador para dichos fines se convertirán
en una deuda del Deudor para con el Prestador, garantizada por esta
Hipoteca de conformidad con la Sección 9 de la Parte CUARTA. ---------

-----Borrower represents and warrants that Borrower has not executed any
prior assignment of the Rents and has not performed, and will not perform,
any act that would prevent Lender from exercising its rights under this
paragraph. ------------------------------------------------------------------------

-----El Deudor declara y garantiza que no ha efectuado cesiones previas
de las Rentas y que no ha realizado ni realizará acto alguno que impida
que el Prestador ejerza los derechos que le asisten en virtud de este
párrafo. ---------------------------------------------------------------------------

-----Lender, or Lender's agents or a judicially appointed receiver, shall not
be required to enter upon, take control of or maintain the Property before
or after giving notice of default to Borrower. However, Lender, or
Lender's agents or a judicially appointed receiver, may do so at any time
when a default occurs. Any application of Rents shall not cure or waive
any default or invalidate any other right or remedy of Lender. This
assignment of Rents of the Property shall terminate when all the sums
secured by this Security Instrument are paid in full. ------------------------

------------------------- CONDOMINIUM RIDER -----------------------------
----------- *CLÁUSULA ADICIONAL SOBRE CONDOMINIO*-----------

---THIS CONDOMINIUM RIDER is incorporated into and shall be deemed to amend and supplement this Security Instrument.------------------

---*LA PRESENTE CLÁUSULA ADICIONAL SOBRE CONDOMINIO se incorpora a y se considerará que modifica y complementa esta Hipoteca.-*

The Property includes a unit in, together with an undivided interest in the common elements of, a condominium project known as: ------------------
" THE CORAL BEACH" --------------------------------------------------

(the "Condominium Project"). If the owners association or other entity which acts for the Condominium Project (the "Owners Association") holds title to property for the benefit or use of its members or shareholders, the Property also includes Borrower's interest in the Owners Association and the uses, proceeds and benefits of Borrower's interest.----

*La Propiedad incluye una unidad en el proyecto de condominio y una participación no dividida en los elementos comunes de dicho proyecto, denominado:* ------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------

*(el "Proyecto de Condominio"). Si la asociación de propietarios u otra entidad que actúe en nombre del Proyecto de Condominio (la "Asociación de Propietarios") es titular de la propiedad para beneficio o uso de sus miembros o accionistas, la Propiedad también incluye el derecho del Deudor en la Asociación de Propietarios y los usos, fondos y beneficios derivados del derecho del Deudor.* ------------------------------------------

---CONDOMINIUM COVENANTS. In addition to the covenants and agreements made in this Security Instrument, Borrower and Lender further covenant and agree as follows:-------------------------------------------

---*CONVENIOS SOBRE EL CONDOMINIO. Además de los convenios y acuerdos otorgados en esta Hipoteca, el Deudor y el Prestador también convienen y acuerdan lo siguiente:* -------------------------------------

-----**A. Condominium Obligations.** Borrower shall perform all of Borrower's obligations under the Condominium Project's Constituent Documents. The "Constituent Documents" are the: (i) Declaration or any other document which creates the Condominium Project; (ii) by-laws; (iii) code of regulations; and (iv) other equivalent documents. Borrower shall promptly pay, when due, all dues and assessments imposed pursuant to the Constituent Documents. ------------------------------------------------

-----**A. *Obligaciones Referentes al Condominio.*** *El Deudor cumplirá todas sus obligaciones en virtud de los Documentos Constitutivos del Proyecto de Condominio. Los "Documentos Constitutivos" son: (i) la Declaración o cualquier otro documento en virtud del cual se crea el Proyecto de Condominio; (ii) los reglamentos internos; (iii) el código de reglamentaciones; y (iv) otros documentos equivalentes. El Deudor pagará puntualmente, a su vencimiento, todas las cuotas y derramas impuestas a tenor con los Documentos Constitutivos.* -----------------------

-----B. **Property Insurance.** So long as the Owners Association maintains, with a generally accepted insurance carrier, a "master" or "blanket" policy on the Condominium Project which is satisfactory to Lender and which provides insurance coverage in the amounts (including deductible levels), for the periods, and against loss by fire, hazards included within the term "extended coverage," and any other hazards, including, but not limited to, earthquakes and floods, from which Lender requires insurance, then: (i) Lender waives the provision in Section 3 of Part FOURTH for the Periodic Payment to Lender of the yearly premium installments for property insurance on the Property; and (ii) Borrower's obligation under Section 5 of Part FOURTH to maintain property insurance coverage on the Property is deemed satisfied to the extent that the required coverage is provided by the Owners Association policy. -----

-----*B. Seguro sobre la Propiedad. En tanto la Asociación de Propietarios mantenga con un asegurador generalmente aceptado una póliza de seguro "maestra" o "colectiva" sobre el Proyecto de Condominio que sea satisfactoria para el Prestador y que brinde una cobertura de seguro por las sumas (incluyendo los niveles del deducible), por los periodos, y contra pérdidas por incendios, riesgos incluidos en el vocablo "cobertura extendida" y cualquier otro riesgo, incluyendo, pero no limitado a, terremotos e inundaciones, para los cuales el Prestador requiera un seguro, entonces: (i) el Prestador renuncia a lo dispuesto en la Sección 3 de la Parte CUARTA respecto al Pago Periódico al Prestador de los plazos de la prima anual del seguro sobre la Propiedad; y (ii) se considera cumplida la obligación del Deudor en virtud de la Sección 5 de la Parte CUARTA de mantener una cobertura de seguro sobre la Propiedad, en la medida que la póliza de la Asociación de Propietarios brinde la cobertura requerida. -----*

-----What Lender requires as a condition of this waiver can change during the term of the Loan. -----

-----*Lo que requiere el Prestador como condición a esta renuncia puede variar durante el término del Préstamo. -----*

-----Borrower shall give Lender prompt notice of any lapse in required property insurance coverage provided by the master or blanket policy. -----

-----*El Deudor notificará al Prestador prontamente en caso de deficiencia en la cobertura de seguro sobre la propiedad requerida, según establecida en la póliza maestra o colectiva. -----*

-----In the event of a distribution of property insurance proceeds in lieu of restoration or repair following a loss to the Property, whether to the unit or to common elements, any proceeds payable to Borrower are hereby assigned and shall be paid to Lender for application to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. -----

-----*En caso que se distribuya el producto de un seguro sobre la propiedad en lugar de efectuar una restauración o reparación, luego de que se produzca una pérdida en la Propiedad, ya sea a la unidad o a los elementos comunes, cualquier dinero pagadero al Deudor por la presente queda cedido al Prestador y será pagado al Prestador, para ser aplicado a las sumas garantizadas por esta Hipoteca, se encuentren o no vencidas en ese momento, y el excedente, si lo hubiera, se pagará al Deudor. -----*

-----C. **Public Liability Insurance.** Borrower shall take such actions as may be reasonable to insure that the Owners Association maintains a public liability insurance policy acceptable in form, amount, and extent of coverage to Lender. ----------------------------------------------------------------

-----*C. Seguro de Responsabilidad Pública. El Deudor tomará las medidas que sean razonables para asegurarse que la Asociación de Propietarios mantenga una póliza de seguro de responsabilidad pública en forma, suma y alcance de cobertura que sean aceptables al Prestador.*

-----D. **Condemnation.** The proceeds of any award or claim for damages, direct or consequential, payable to Borrower in connection with any condemnation or other taking of all or any part of the Property, whether of the unit or of the common elements, or for any conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender. Such proceeds shall be applied by Lender to the sums secured by this Security Instrument as provided in Section 11 of Part FOURTH. ----------------------

-----*D. Expropiación. El producto de cualquier adjudicación o reclamación por daños, directos o emergentes, pagaderos al Deudor en relación con cualquier expropiación u otra incautación de toda o de cualquier parte de la Propiedad, ya sea de la unidad o de los elementos comunes, o de cualquier traspaso en lugar de expropiación, quedan por la presente cedidos al Prestador y serán pagados al Prestador. El Prestador aplicará dichos fondos a las sumas garantizadas por esta Hipoteca según se establece en la Sección 11 de la Parte CUARTA. --------------------------*

-----E. **Lender's Prior Consent.** Borrower shall not, except after notice to Lender and with Lender's prior written consent, either partition or subdivide the Property or consent to: (i) the abandonment or termination of the Condominium Project, except for abandonment or termination required by law in the case of substantial destruction by fire or other casualty or in the case of a taking by condemnation or eminent domain; (ii) any amendment to any provision of the Constituent Documents if the provision is for the express benefit of Lender; (iii) termination of professional management and assumption of self-management of the Owners Association; or (iv) any action which would have the effect of rendering the public liability insurance coverage maintained by the Owners Association unacceptable to Lender. ----------------------------

-----*E. Consentimiento Previo del Prestador. Salvo que medie notificación al Prestador y que el Prestador preste su consentimiento previo por escrito, el Deudor no podrá partir ni subdividir la Propiedad, ni consentir: (i) al abandono o cancelación del Proyecto de Condominio, salvo que la ley exija tal abandono o cancelación en caso de destrucción sustancial por incendio u otro siniestro, o de expropiación o enajenación forzosa; (ii) a cualquier enmienda a cualquier disposición de los Documentos Constitutivos, si tal disposición beneficia expresamente al Prestador; (iii) a la cancelación de administración profesional y la asunción de la administración por la propia Asociación de Propietarios; o (iv) a cualquier acción que pudiera tener como resultado que la cobertura de seguro de responsabilidad pública que mantiene la Asociación de Propietarios se vuelva inaceptable al Prestador. --------------*

-----F. **Remedies.** If Borrower does not pay condominium dues and assessments when due, then Lender may pay them. Any amounts disbursed by Lender under this paragraph F shall become additional debt of Borrower secured by this Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest

from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment. --------

-----*F. Remedios. Si el Deudor no paga las cuotas y otros cargos del Proyecto de Condominio a su vencimiento, entonces podrá pagarlos el Prestador. Cualquier suma desembolsada por el Prestador en virtud del presente párrafo F se convertirá en deuda adicional del Deudor garantizada por esta Hipoteca. Salvo que el Deudor y el Prestador acuerden otras condiciones de pago, estas sumas devengarán intereses a la tasa de interés del Pagaré desde la fecha de desembolso, y serán pagaderas, con los intereses, una vez que el Prestador curse al Deudor una notificación solicitando su pago. --------------------------------------*

---BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Condominium Rider.----------------------------

---*AL FIRMAR A CONTINUACIÓN, el Deudor acepta y acuerda los términos y condiciones que contiene la presente Cláusula Adicional sobre Condominio.*

-----I, the Notary Public, do hereby again certify and give faith as to everything stated and contained in this instrument.-----------------------------

-----*Yo, el Notario Público, por la presente otra vez certifico y doy fe de todo lo declarado y contenido en este instrumento.-----------------------------*



-------------------- SECOND HOME RIDER --------------------

------CLÁUSULA ADICIONAL SOBRE SEGUNDA RESIDENCIA-----

-----THIS SECOND HOME RIDER is incorporated into and shall be deemed to amend and supplement this Security Instrument.-----

-----LA PRESENTE CLÁUSULA ADICIONAL SOBRE SEGUNDA RESIDENCIA se incorpora a y se considerará que modifica y complementa esta Hipoteca. -----

-----In addition to the covenants and agreements made in this Security Instrument, Borrower and Lender further covenant and agree that Sections 6 and 8 of Part FOURTH of this Security Instrument are deleted and are replaced by the following: -----

-----Además de los convenios y acuerdos contenidos en esta Hipoteca, el Deudor y el Prestador también convienen y acuerdan que las Secciones 6 y 8 de la Parte CUARTA de esta Hipoteca sean eliminadas y reemplazadas por las siguientes disposiciones: -----

-----6. Occupancy.  Borrower shall occupy, and shall only use, the Property as Borrower's second home. Borrower shall keep the Property available for Borrower's exclusive use and enjoyment at all times, and shall not subject the Property to any timesharing or other shared ownership arrangement or to any rental pool or agreement that requires Borrower either to rent the Property or give a management firm or any other person any control over the occupancy or use of the Property. -------



-----6. Ocupación. El Deudor ocupará y utilizará la Propiedad sólo como su segunda residencia. El Deudor mantendrá la Propiedad disponible en todo momento para su propio y exclusivo uso y disfrute, y no la someterá a ningún régimen de multipropiedad u otro acuerdo de título compartido, o programa o contrato de consorcio de alquileres ("rental pool"), en virtud del cual el Deudor quede obligado a alquilar la Propiedad o a otorgar a una empresa de administración o a un tercero cualquier control sobre la ocupación o uso de la Propiedad. -----

-----8. Borrower's Loan Application.  Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's second home. -----

-----8. Solicitud de Préstamo por parte del Deudor. El Deudor incurrirá en incumplimiento si, durante el proceso de solicitud del Préstamo, el Deudor o cualquier persona o entidad actuando por instrucciones del Deudor o con su conocimiento o consentimiento, proporcionó información o hizo declaraciones materialmente falsas, engañosas o inexactas al Prestador (o no proporcionó al Prestador información material) en relación con el Préstamo. Declaraciones materiales incluyen, pero no están limitadas a, representaciones relacionadas con la ocupación de la Propiedad por parte del Deudor como su segunda residencia. -----

----BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Second Home Rider. ------------------------------

---AL FIRMAR A CONTINUACIÓN, el Deudor acepta y acuerda los términos y condiciones que contiene la presente Cláusula Adicional sobre Segunda Residencia. ------------------------------

-----I, the Notary Public, do hereby again certify and give faith as to everything stated and contained in this instrument.------------------------------

-----Yo, el Notario Público, por la presente otra vez certifico y doy fe de todo lo declarado y contenido en este instrumento. ------------------------------

CERTIFICATION: I HEREBY CERTIFY THAT THIS IS A DUPLICATE COPY OF THE EXECUTED _____ DEED THAT WAS PRESENTED FOR RECORDATION.

**Notary Public**

ESTUDIO DE TITULO

CASO: MONTE VIDEO RENTAL INC.
RE: 0471-432 / Firstbank

FNCA: #20574, inscrita al folio 194 del tomo 529 de Carolina (Sección I de Carolina)

DESCRIPCION: PROPIEDAD HORIZONTAL: URBANA: APARTAMENTO 1904: Es un apartamento residencial de forma irregular que está localizado en la Torre Uno, piso 19 del edificio Condominio Coral Beach, situado en la carretera estatal #187, kilómetro 0, hectómetro 9, esquina a la calle Boulevard, barrio Cangrejo Arriba, Carolina, Puerto Rico. Que mide 32 pies 6 pulgadas de largo, por su parte mas larga, medida desde la puerta de entrada hacia el fondo, por 51 pies 10 pulgadas de ancho por su parte más ancha, frente del apartamento, que hacen un área de 1,471.07 pies cuadrados, aproximadamente, equivalentes a 136.72 metros cuadrados. Sus linderos y distancias son los siguientes: por el NORTE, en una distancia total de 32 pies 6 pulgadas con el espacio exterior que mira hacia el Océano Atlántico, separado por pared y baranda de la terraza; por el ESTE, en una distancia de 4 pies 10 pulgadas con el espacio exterior, separado por baranda de la terraza y en 47 pies 0 pulgadas con el espacio exterior y corredor común, separado por pared y la puerta de entrada; por el SUR, en una distancia de total de 32 pies 6 pulgadas con el espacio exterior y el cuarto eléctrico, separado por pared de carga; por el OESTE, en una distancia total de 51 pies 10 pulgadas con el espacio exterior que mira hacia el área de recreación separado por baranda de la terrazas.

Este apartamento consta de foyer, sala-comedor, dos habitaciones con walk-in-closet y baño cada una, tres closets, cocina y dos terrazas.

ORIGEN: Se separa de la finca #16752, inscrita al folio 31 del tomo 437 de Carolina I.

PROPIETARIO REGISTRAL: MONTE VIDEO RENTAL INC., quien adquiere por compra a Mariano Enrique Pineda Castellvi, mayor de edad, soltero, por el precio de $600,000.00. Según escritura #3, otorgada en San Juan, el 4 de mayo de 2006, ante Francés M. Apellániz Arroyo, inscrito al folio 211 del tomo 982 de Carolina (ágora), inscripción 7ma.

CARGAS Y GRAVAMENES: Por su procedencia: LIBRE.

Por si: 1-HIPOTECA: Por $57,200.00, con intereses al 6% anual, en garantía de un pagaré a favor de First Mortgage Investors, que vence el 1ro. de noviembre de 2006. Según escritura #582, otorgada en San Juan, el 30 de septiembre de 1976, ante Luis León, inscrita al folio 195vto. del tomo 529 de Carolina, inscripción 3ra.

2- HIPOTECA: Por $480,000.00, con intereses al 7% anual, en garantía de un pagaré a favor de RG Premier Bank of Puerto Rico, que vence el 1 de mayo de 2036. Según escritura #252, otorgada en San Juan, el 4 de mayo de 2006, ante Juan Carlos Goitia Rosa, inscrita al folio 211del tomo 982 de Carolina, inscripción 8va. Sujeta a condiciones que aceleran su vencimiento.

3- HIPOTECA: Por $120,000.00, con intereses al 7% anual, en garantía de un pagaré a favor de RG Premier Bank of Puerto Rico, que vence el 1 de mayo de 2013. Según escritura #253, otorgada en San Juan, el 4 de mayo de 2006, ante Juan Carlos Goitia Rosa, inscrita al folio 100 del tomo 986 de Carolina (ágora), inscripción 9na.

4- HIPOTECA: Por $200,000.00, con intereses al 8% anual, en garantía de un pagaré a favor del Portador, que vence a la presentación. Según escritura #29, otorgada en San Juan, el 30 de octubre de 2007 ante Edgardo Zapata Torres, inscrita al folio 100 del tomo 986 de Carolina (ágora), inscripción 10ma.

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica. En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

San Juan, Puerto Rico, a 11 de febrero de 2010.

JGI TITLE SERVICE, INC.
JGITS/jcr      Cotejado por:                20574ca1              F-mr

EXHIBIT IV



## REQUEST FOR DISMISSAL

**ATTORNEY** _____ Latimer Biaggi _____

| | | | | | |
|---|---|---|---|---|---|
| Loan Number | 400184 | | | | |
| Debtor | Monte Video Rental Inc. | | | | |
| Co-Debtor | Raul S. Cal Jaurena | | | | |
| BKR # | 10-03754 | CHPT | 7 | DATE FILED | 5/4/2010 |
| Payments due | 22 | Pre-pet | 0 | Post-pet | 22 |
| Due Date | | Principal Balance | | | |

### Post- Petition arrears:

| | | | | |
|---|---|---|---|---|
| 24 | Months at | $ 3,486.00 | | $ 83,664.00 |
| | Months at | | | $ - |
| Late Charges at | | | | $ 3,991.75 |
| Legal Costs | | | | $ 150.00 |
| Foreclosure Fees | | | | $ 250.00 |
| Inspections | | | | $ 87.50 |
| Bad Chek Fee | | | | $ - |
| Other Charges | | | | $ - |
| | | | TOTAL | $88,143.25 |

All reinstallment payments must be made up to the current month, including legal fees & late charges

### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Requesf for Dismissal, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Name _____
               BANKRUPTCY OFFICER

This __29__ dayof __September__ of ____2010____



Todo está en uno

## *UNSWORN STATEMENT*
## *UNDER PENALTY OF PERJURY*

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Monte Video Rental, Inc. / Raul S. Cal Jaurena

- Loan Number: <u>400184</u>

- Principal balance: $ <u>467,607.31</u>

- Monthly late charges:  $ <u>159.67</u>

- Pre-petition arrears and other charges: $ <u>67,528.65</u>

- Post-petition arrears:   <u>$88,143.25</u>

- Other charges: $ <u>  .</u>

- Last post-petition installment was received on 00/00/00 applied to 00/00/00

-   <u>  X  </u> No post-petition payments have been made.

- Present value interest compounded at 7.00000%, per annum.

This 29 day of September of 2010.

Name: Arlinda Rivera
Title:  Bankruptcy Officer

IN RE: 400184                                              CASE NO

Monte Video Rental Inc.
Raul S. Cal Jaurena

                                                          Q# 10-03754

Debtor(s)                                                 CHAPTER: 7

---

### *VERIFIED STATEMENT*

I, _____*Arlinda Rivera*_____ of legal age _____*Single*_____ resident of

_____*San Juan*_____ , Puerto Rico, state under penalty of perjury as follows;

That as to this date __September 29, 2010__ by search and review of the records

kept by _____*FirstBank*_____ in the regular course of business in regard to debtor

account with this bank there is no information that will lead the undersign to belief that

debtor is a service member either on active duty or under a call to active duty, in the

National Guard or as a commission officer of the Public Health Services or the National

Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status has change.

That as part of my search I examined the following documents or records available to me.

In testimony, wherefore I sign this document under penalty of perjuring in San Juan, Puerto Rico on _____ September 29 _____ 2010.

_____

Bankruptcy Clerk

EXHIBIT    V

Department of Defense Manpower Data Center

Sep-30-2010 12:56:01



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| CAL | RAUL | | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes

service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

## *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:F4UDMHDFAA